IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIE HARR, | ) | Civil Action No: 2:21-cv-1560 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Honorable W. Scott Hardy |
| | ) | |
| WASHINGTON AREA HUMANE SOCIETY, | ) | |
| HUMANE SOCIETY OF THE UNITED | ) | *Electronically Filed* |
| STATES, HUMANE ANIMAL RESCUE, | ) | |
| ESTATE OF GLEN L. THOMSON, LAURA | ) | |
| KOIVULA, SHALIMAR OLIVER, SAMUEL | ) | |
| JENESKY, LEANA STORMONT, KELLY | ) | |
| PROUDFIT, KEN JERICHO, STEVEN | ) | |
| TOPRANI, MARVIN DAVIS, JOHN W. | ) | |
| PECK, JAMES R. HOPSON, JOHN DOES 1 | ) | |
| THROUGH 50, | ) | |
| Defendants. | ) | |

## MOTION TO LIFT STAY

AND NOW, come Defendants collectively through their respective counsel and file the within Motion to Lift the Stay of all Civil Proceedings, averring in support thereof as follows:

1.  Defendants collectively moved for a stay of the civil litigation on the basis that Plaintiff had been arrested in both Washington and Westmoreland Counties and was facing criminal prosecution in both counties. See ECF Document No. 43, 44 and 45.

2.  Plaintiff consented to the stay. See ECF Document No. 50.

3.  Thereafter the Court entered an Order staying the case until "…the conclusion of the criminal proceedings against Christie Harr." See ECF Document No. 51.

4.  On September 9, 2022, the prosecution of Plaintiff appears to have concluded at a hearing in the Court of Common Pleas of Washington County.

5. The Westmoreland and Washington County prosecutions were consolidated and both occurred in Washington County. See attached hereto the Court of Common Pleas of Washington County Criminal Court Docket CP-63-CR-0000205-2020 and Court of Common Pleas of Washington County Criminal Court Docket CP-63-CR-0001186-2020, collectively marked as Exhibit "A".

6. Both Dockets reflect that Plaintiff entered a guilty plea on September 9, 2020 to neglect of animals – sustenance/water, third-degree misdemeanor (18 Pa.CS § 5532 §§A1). See Exhibit "A".

7. However, court orders issued subsequent to the hearing reflect that Plaintiff pled Nolo Contendere as evidenced by the attached "Order of Sentence" and related documents, collectively marked as Exhibit "B".

8. Plaintiff received a sentence of one year of probation in each of the cases to run consecutively. See Exhibits "A" and "B".

9. Additional conditions included a mental health evaluation, she was not to possess any animals and she was to have no contact with the animals that were seized from her property. See Exhibits "A" and "B".

10. With the conclusion of Plaintiff's criminal court cases and on information and belief that there are no other criminal cases arising out of the search of her properties in Westmoreland and Washington Counties and seizure of animals from each property, it is appropriate at this time to lift the stay of this matter and proceed with the Civil Rights case which Plaintiff brought in this Court.

WHEREFORE, Defendants respectfully request that the Court enter an Order consistent with the proposed Order filed contemporaneously with this Motion.

Dated this 17th day of October, 2022.

| | |
|---|---|
| Date:   October 17, 2022 | *s/ Paul D. Krepps*<br>Paul D. Krepps, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>Union Trust Building, Suite 700<br>501 Grant Street<br>Pittsburgh, PA  15219<br>pdkrepps@mdwcg.com<br>**Counsel for Defendant**<br>**Humane Animal Rescue** |
| Date:   October 17, 2022 | *s/ Amy J. Brinkos*<br>Amy J. Brinkos, Esquire<br>Dickie McCamey & Chilcote, PC<br>Two PPG Place, Suite 400<br>Pittsburgh, PA  15222<br>ABrinkos@dmclaw.com<br>**Counsel for Defendants**<br>**Washington Area Humane Society,**<br>**Estate of Glen L. Thomson, Kelly**<br>**Proudfit** |
| Date:   October 17, 2022 | *s/ Michael P. Gaetani*<br>Michael P. Gaetani<br>Deputy Attorney General<br>Scott A. Bradley<br>Senior Attorney General<br>Office of Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA  15222<br>Mgaetani@attorneygeneral.gov<br>**Counsel for Defendant**<br>**Samuel Jenesky** |

Date:   October 17, 2022                           s/ Bruce C. Rende
                                                   Bruce C. Rende, Esquire
                                                   Dennis St. J. Mulvihill, Esquire
                                                   Amy V. Sims, Esquire
                                                   William C. Robinson, III, Esquire
                                                   Robb Leonard Mulvihill, LLP
                                                   BNY Mellon Center
                                                   500 Grant Street, Suite 2300
                                                   Pittsburgh, PA  15219
                                                   brende@rlmlawfirm.com
                                                   dmulvihill@rlmlawfirm.com
                                                   asims@rlmlawfirm.com
                                                   wrobinson@rlmlawfirm.com
                                                   **Counsel for Defendants**
                                                   **Humane Society of the United States, Laura Koivula, Shalimar Oliver and Leana Stormont**

Date:   October 17, 2022                           s/ Scott G. Dunlop
                                                   Scott G. Dunlop, Esquire
                                                   Carly Patton Edman, Esquire
                                                   Marshall Dennehey Warner Coleman & Goggin
                                                   Union Trust Building, Suite 700
                                                   501 Grant Street
                                                   Pittsburgh, PA  15219
                                                   sgdunlop@mdwcg.com
                                                   cpedman@mdwwcg.com
                                                   **Counsel for Defendant Martin Davis**

Date:   October 17, 2022                           s/ Charles H. Saul
                                                   Charles H. Saul, Esquire
                                                   Kyle T. McGee, Esquire
                                                   Margolis Edelstein
                                                   535 Smithfield Street, Suite 1100
                                                   Pittsburgh, PA  15222
                                                   csaul@margolisedelstein.com
                                                   kmcgee@margolisedelstein.com
                                                   **Counsel for Defendants**
                                                   **Ken Jericho and Steven Topriani**

Date:   October 17, 2022                              <u>*s/ Scott Avolio*</u>
                                                               Scott Avolio, Esquire
                                                               Avolio Law Group
117 North Main Street
Greensburg, PA  15601
scott@avoliolaw.com
**Counsel for Defendants**
**John W. Peck and James R.**
**Hopson**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **MOTION TO STAY ALL CIVIL PROCEEDINGS** has been served upon the following this 17th day of October, 2022, via email and/or First-Class Mail, postage-prepaid, as follows:

CHRISTIE HARR
676 Reed Avenue
Monessen, PA  15062
**PLAINTIFF**

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

_____
PAUL D. KREPPS, ESQUIRE
**Counsel for Defendant Humane Animal Rescue, only,**

LEGAL/149009522.v1