# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIE HARR, | ) | Civil Action No: 2:21-cv-1560 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Honorable W. Scott Hardy |
| | ) | |
| WASHINGTON AREA HUMANE SOCIETY, | ) | |
| HUMANE SOCIETY OF THE UNITED | ) | *Electronically Filed* |
| STATES, HUMANE ANIMAL RESCUE, | ) | |
| ESTATE OF GLEN L. THOMSON, LAURA | ) | |
| KOIVULA, SHALIMAR OLIVER, SAMUEL | ) | |
| JENESKY, LEANA STORMONT, KELLY | ) | |
| PROUDFIT, KEN JERICHO, STEVEN | ) | |
| TOPRANI, MARVIN DAVIS, JOHN W. | ) | |
| PECK, JAMES R. HOPSON, JOHN DOES 1 | ) | |
| THROUGH 50, | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion by Defendants collectively to lift the stay and the Court taking Judicial notice of the Criminal Court Dockets of Washington County collectively marked as Exhibit "A" and the Order of Sentence and related documents collectively referenced as Exhibit "B" as attached to Defendants' Motion, this Court takes notice that the Criminal prosecution of Plaintiff appears to have concluded. Said Motion to Lift the Stay is therefore GRANTED.

Further instructions to the parties will be contained in a subsequent Order of this Court.

BY THE COURT:

_____
Honorable W. Scott Hardy

LEGAL/149010812.v1