IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-1560-WSH |
| | ) |
| WASHINGTON AREA HUMANE SOCIETY, HUMAN SOCIETY OF THE UNITED STATES, HUMAN ANIMAL RESCUE, ESTATE OF GLEN THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this 23rd day of November 2022, upon consideration of Plaintiff's Response to the Order to Show Cause at Docket No 13 at Civil Action No. 21-1555, IT IS HEREBY ORDERED that Plaintiff shall also show cause why the stay should not be lifted as to this case on or before **December 7, 2022**. Counsel for Defendants are directed to serve a copy of this order on Plaintiff.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All counsel of record

Christie Harr (via U.S. mail)
676 Reed Avenue
Monessen, PA 15062