# EXHIBIT "G"

DA-ZAPPALA, PD-FITCH, APO, ᴅ—ᴇNDANT, CA, CDU, FILE                                    CM

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,          )
                                       )
            vs.                        ) No.  CR-0205-2020
                                       )      CR-1186-2020
CHRISTIE DEE HARR,                     )
                                       )
            Defendant.                 )
                                       )
                                       )

PLEA & SENTENCING HEARING IN
THE ABOVE-ENTITLED CAUSE
BEFORE THE HONORABLE
BRANDON P. NEUMAN, JUDGE, ON
FRIDAY, SEPTEMBER 9, 2022

APPEARANCES:

Samuel Zappala, Esquire
Assistant District Attorney
Representing the Commonwealth

Patrick Fitch, Esquire
Assistant Public Defender
Representing the Defendant

ORDER OF SENTENCE

AND NOW, this 9th day of September, 2022, the Court accepts the

Defendant's plea of Nolo Contendre as being knowingly, intelligently and voluntarily

entered.

At Docket No. 205-2020, on the charge at Count 1, as amended, Neglect of

Animals, a violation of the Crime Code §5532(a)(1), a Misdemeanor of the 3rd Degree, the

Court sentences the Defendant to pay the costs of prosecution and places her on

probation for one (1) year under the supervision of the Washington County Adult Probation Office.

As special conditions of her probation, the Defendant shall submit to a mental health evaluation. As a condition of her sentence, the Defendant shall not possess any types of animals, nor shall she have contact with any of the animals seized in this matter.

Upon motion of the Commonwealth, the remaining charges are hereby nolle prossed.

At Docket No. 1186-2020, on the charge at Count 3, Neglect of Animals, a violation of the Crimes Code §5532(a)(1), a Misdemeanor of the 3rd Degree, the Court sentences the Defendant to pay the costs of prosecution and places her on probation for one (1) year under the supervision of the Washington County Adult Probation Office. This sentence shall run consecutively to the sentence at No. 205-2020, and under the same special conditions.

Upon motion of the Commonwealth, the remaining charges are hereby nolle prossed.

In addition to the statutory requirements, the general conditions governing probation and parole in Washington County apply to the Defendant.

The Defendant shall immediately report to the Washington County Adult Probation Office for intake.

(Post-sentencing rights given but not transcribed.)

NOTICE OF GENERAL CONDITIONS OF PROBATION AND PAROLE

1. The Defendant shall report to their Probation or Parole Officer (PO) as directed; and permit their PO to visit them at their residence or place of employment; and

may be subject to warrantless searches of their residence, vehicle, property, and person and the seizure and appropriate disposal of any contraband found.

2. The Defendant shall report to their PO within 24 hours or the next business day after being released from any institution.

3. The Defendant shall only reside at a residence approved by their PO; and the Defendant shall not change their place of residence without the approval of their PO. The Defendant shall not reside with someone who is currently on probation or parole without the approval of their PO.

4. The Defendant shall not travel outside of the Commonwealth of Pennsylvania without a travel permit from their PO.

5. The Defendant shall notify their PO within 72 hours of any change in employment status. Pay stubs must be submitted to verify employment status

6. The Defendant shall abide by a curfew imposed by the Court, to be determined by their PO.

7. The Defendant shall not purchase, use or possess alcoholic beverages, and shall not enter bars or taverns.

8. The Defendant shall not unlawfully possess or use any controlled substances, except as prescribed by a licensed physician for a legitimate, medical need, or as part of a licensed treatment program.

9. The Defendant shall submit to random and periodic testing to determine the use and presence of any illegal substances and alcoholic beverages.

10. The Defendant shall not possess any firearms or offensive weapons in their residence, on their person, or in their vehicle.

11. The Defendant shall refrain from any assaultive, threatening or harassing behavior.

12. The Defendant shall not violate any municipal, state or federal laws, and shall notify their PO immediately of any new arrest, investigation or contact with law enforcement authorities.

13. The Defendant shall pay all fines, costs and restitution imposed by the Court immediately or in accordance with a schedule set forth by the Court or by the Washington County Collections and Disbursement Unit.

14. A Defendant who is required to wear a wrist or ankle monitor shall not remove or tamper with their monitor for any reason. If there is a problem with the monitor, the Defendant shall immediately notify their PO of same. Self-help in the adjustment or removal of a monitor may be considered a violation of their probation or parole.

BY THE COURT,

_____, J.

BRANDON P. NEUMAN, JUDGE

# IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY,

## PENNSYLVANIA

### CRIMINAL DIVISION

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA ) | No. CR – 205-2020 |
| ) | No. CR – 1186-2020 |
| V. ) | |
| ) | |
| CHRISTIE DEE HARR ) | |
| ) | |
| Defendant. ) | |

### PLEA OF NOLO CONTENDERE

I, the above-named Defendant, hereby enter my plea of Nolo Contendere on the following count(s) of the Criminal Information:

Grading:

Count __1__   NEGLECT OF ANIMALS   5532(A)(1)       M3

Count ___   ~~NEGLECT OF ANIMALS~~ _____   ~~M3~~

Count ___   _____

Count ___   _____

Count ___   _____       _____

I further represent that I enter this plea of Nolo Contendere knowingly, voluntarily and intelligently.

Date: __9/8/2022__

Date: __SEPTEMBER 8, 2022__

_____
Defendant

_____
Attorney for Defendant

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY,
PENNSYLVANIA
<u>CRIMINAL DIVISION</u>

COMMONWEALTH OF
PENNSYLVANIA,

v.

CHRISTIE DEE HARR

Defendant.

No. CR- _1186-2020_

PLEA OF ~~GUILTY~~ *Nolo Contendere*

I, the above-named Defendant, hereby enter my plea of ~~guilty~~ *NOLO CONTENDERE* on the following
count(s) of the Criminal Information:

Count _3_ ___NEGLECT OF ANIMALS  5532(A)(1)___         Grading: _M3_

Count ___ _____

Count ___ _____

Count ___ _____

Count ___ _____

I further represent that I enter this plea of guilty knowingly, voluntarily and
intelligently.

Date: _9/4/2022_

Date: _SEPTEMBER_

_____
(Defendant)

_____
(Attorney for Defendant)

2022 SEP 13  AM 11: 44
WASHINGTON CO PA

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA    )
                                 )
        VS.                  )    NO. _1186·2020_
                                 )    No. _205·2020_
  CHRISTIE HARR          )

<u>NOTICE OF GENERAL CONDITIONS OF PROBATION AND PAROLE</u>

1. The defendant shall report to their Probation or Parole Officer (PO) as directed and permit their PO to visit them at their residence or place of employment and may be subject to warrantless searches of their residence, vehicle, property, and person, and the seizure and appropriate disposal of any contraband found.

2. The defendant shall report to their PO within 24 hours or the next business day after being released from any institution.

3. The defendant shall only reside at a residence approved by their PO and the defendant shall not change their place of residence without the approval of their PO. The defendant shall not reside with someone who is currently on probation or parole without the approval of their PO.

4. The defendant shall not travel outside of the Commonwealth of Pennsylvania without a travel permit from their PO.

5. The defendant shall notify their PO within 72 hours of any change in employment status. Pay stubs must be submitted to verify employment status.

6. The defendant shall abide by a curfew imposed by the court, to be determined by their PO.

7. The defendant shall not purchase, use, or possess alcoholic beverages, and shall not enter bars or taverns.

8. The defendant shall not unlawfully possess or use any controlled substances, except as prescribed by a licensed physician for a legitimate medical need or as part of a licensed treatment program.

9. The defendant shall submit to random and periodic testing to determine the use and presence of any illegal substances and alcoholic beverages.

1

10. The defendant shall not possess any firearms or offensive weapons in their residence, on their person, or in their vehicle.

11. The defendant shall refrain from any assaultive, threatening, or harassing behavior.

12. The defendant shall not violate any municipal, state, or federal laws, and shall notify their PO immediately of any new arrest, investigation, or contact with law enforcement authorities.

13. The defendant shall pay all fines, costs, and restitution imposed by the Court immediately or in accordance with a schedule set forth by the Court or by the Washington County Collections and Disbursement Unit.

14. A defendant who is required to wear a wrist or ankle monitor shall not remove or tamper with their monitor for any reason. If there is a problem with the monitor, the defendant shall immediately notify their PO of same. Self-help in the adjustment or removal of a monitor may be considered a violation of their probation or parole.

I AFFIRM THAT I HAVE READ THE ABOVE DOCUMENT IN ITS ENTIRETY.   I UNDERSTAND THAT I AM SUBJECT TO THE GENERAL CONDITIONS OF PROBATION AND PAROLE IN WASHINGTON COUNTY.

FURTHER, I UNDERSTAND THAT IF I VIOLATE ANY CONDITIONS OF MY PROBATION OR PAROLE, THE COMMONWEALTH MAY PETITION THE COURT TO REVOKE MY PROBATION OR PAROLE.   FOLLOWING A HEARING, IF THE COURT FINDS THAT I VIOLATED MY PROBATION OR PAROLE, THE COURT MAY REVOKE SAME. IF MY PROBATION IS REVOKED, I MAY BE RESENTENCED ON THE UNDERLYING CHARGE. IF MY PAROLE IS REVOKED, I MAY BE REMANDED TO THE CORRECTIONAL FACILITY TO SERVE THE BALANCE OF MY MAXIMUM SENTENCE.


9/9/2022
DATE

_____
SIGNATURE OF DEFENDANT

2

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA     :

VS.     :     NO. 1186 - 2020

CHRISTIE HARR     :     No. 205 - 2020
                    :

## GUILTY PLEA COLLOQUY
## EXPLANATION OF DEFENDANT'S RIGHTS

You or your attorney have indicated to the officers of this Court that you wish to plead ~~guilty or~~ *nolo contendere* to certain specific criminal charges which the Commonwealth of Pennsylvania has brought against you.

In order to have your plea accepted by this Court here today, you must waive your right to confront the prosecution witnesses against you and agree to permit an Assistant District Attorney to summarize the Commonwealth's evidence against you. You must agree to stipulate to the authenticity and accuracy of any Crime Laboratory reports presented by the Commonwealth and to the chain of custody of any of the Commonwealth's evidence involved in your case.

You must fully understand that your plea must be voluntary and no clemency is being promised in exchange for your plea, with the exception of any plea bargain or arrangement previously agreed to between your attorney and the Assistant District Attorney assigned to your case.

~~By pleading guilty to any charge, you are admitting that you committed that offense.~~ By pleading *nolo contendere*, you are stating that you do not contest the charges against you. In either case, the Commonwealth would not have to prove each and every element of the crimes with which you are charged as would be required in a jury or non-jury trial.

Please be advised that you must fully understand that the Constitution of the United States of America and the Constitution of the Commonwealth of Pennsylvania give you an absolute right to have a trial by jury.

If you intend to waive your Constitutional right to a trial by jury, please answer all the questions on this form. Most of the questions are designed to be answered "yes" or "no". Where general information is requested, please answer the question as fully as possible.

_CAH_
Initials

1

If you do not understand the questions, you should say so in writing on the form. You should also tell your lawyer and the judge who hears your case so they can explain it to you. You must fully understand all of your rights before your plea can be accepted by the judge.

You should initial each page at the bottom after you have read, understood, and completed your answers to the questions on that page. When you have finished all of the questions, you must sign the form at the end.

1. What is your full name? _Christie Dee Harr_

2. How old are you today? _43_

3. How far did you go in school? _2 yrs College_

4. Can you read, write and understand the English language? _yes_

5. Do you understand that because you have been charged with more than one offense, the Court may impose a separate or consecutive sentence for each offense? _Yes_

6. Have you discussed with your attorney the elements of each charged offense? _Yes_

7. Have you discussed with your attorney the factual basis of each charged offense? _yes_

8. Have you discussed with your attorney how the facts in your case prove the elements of each charged offense? _Yes_

9. Do you understand that both the Constitution of the United States of American and the Constitution of the Commonwealth of Pennsylvania give you an absolute right to a trial by jury, unless you are only charged with ungraded misdemeanors and/or summary offenses? _Yes_

10. Do you understand that if you want a jury trial, you would take part in the selection of the jury along with your attorney and with the Assistant District Attorney assigned to prosecute your case? _Yes_

11. Do you understand that you and your attorney and the Assistant District Attorney assigned to prosecute your case would select a jury from a panel of jurors randomly picked by computer from the PA Drivers License lists and other legally-approved lists of citizens of Washington County? _Yes_

_CDH_
Initials

12. Do you understand that both the defense and prosecution would have the right to "challenge" members of the jury panel and that this means you and the prosecution would have the right to keep certain persons on the jury panel from being a member of the jury panel in your case? _____Yes_____

13. Both you and the prosecution would have as many challenges "for cause" as the Court would approve. "For cause" means a good reason why the challenged person could not be an impartial juror in your case. Do you fully understand this? _____Yes_____

14. Both you and the prosecution would each also have a number of "peremptory challenges." A "peremptory challenge" is one in which no reason has to be given to prevent a prospective juror from being a member of your jury. If you are charged with felonies, both you and the prosecution each have seven (7) "peremptory challenges". If you are charged only with misdemeanors, both you and the prosecution each have five (5) "peremptory challenges." Do you fully understand this? _____Yes_____

15. All twelve members of the jury finally selected would have to be satisfied that the Commonwealth had proven your guilt beyond a reasonable doubt on each charge, that is, the vote of all twelve must be guilty before you could be found guilty. Do you fully understand this? _____Yes_____

16. You also may choose to be tried before a judge without a jury in what is called a "non-jury" trial, and that the judge, in addition to ruling on legal questions and defining the law as in jury trials would also sit as a trier of fact, much like a jury does in a jury trial; and it would be the judge who determines from the evidence presented whether the Commonwealth has proven you guilty beyond a reasonable doubt. Do you fully understand this? _____Yes_____

17. In either the jury trial or non-jury trial before a judge, you enter the courtroom clothed with the presumption of innocence, and that presumption remains with you until such time, if ever, that a jury in a jury trial or judge in a non-jury trial would find you guilty beyond a reasonable doubt. Do you fully understand this? _____Yes_____

18. In either a jury trial or a non-jury trial before a judge, it is the burden of the Commonwealth to prove you guilty "beyond a reasonable doubt," and to do this, the Commonwealth must prove each and every element of the crime or crimes with which you are charged "beyond a reasonable doubt" to the satisfaction of all twelve jurors in a jury trial or to the satisfaction of the judge in a non-jury trial. Do you fully understand this? _____Yes_____

_____CAP_____
Initials

3

19. A reasonable doubt is an honest doubt arising from the evidence presented or from the lack of evidence and it is the kind of doubt that would cause a reasonable, prudent person to pause or to hesitate before acting in a matter of the highest personal importance. Do you fully understand this? _____yes_____

20. In either a jury trial or a non-jury trial before a judge, you have the absolute right to remain silent and need not present any evidence in your own behalf and there is no burden placed on you to prove your own innocence, or, for the matter, to prove anything since the burden is always on the Commonwealth to prove you guilty beyond a reasonable doubt. Do you fully understand this? _____yes_____

21. However, in either a jury trial or a non-jury trial before a judge, you have the right, if you so desire, to testify and to have witnesses testify on your behalf and you would have the right to present any relevant evidence which would tend or help to prove your innocence and to challenge the evidence and testimony presented by the prosecution. You also would have the right, either yourself or your attorney, to cross-examine or question any witnesses presented by the Commonwealth in order to test their credibility and the truthfulness of their testimony. Do you fully understand this? _____yes_____

22. By pleading ~~guilty or~~ nolo contendere you are giving up all of these rights described in the previous questions. Do you fully understand this? _____yes_____

23. When you plead ~~guilty or~~ nolo contendere, the Commonwealth would not have to prove each and every element of the crime or crimes with which you are charged by the presentation of witnesses and/or other evidence but the Assistant District Attorney could simply present a summary of the evidence against you. Do you fully understand this? _____yes_____

24. By ~~pleading guilty, you are admitting you committed the crime or by~~ pleading nolo contendere, you are stating that you do not challenge or dispute the charges against you. Do you fully understand this? _____yes_____

25. By pleading ~~guilty or~~ nolo contendere, you give up the right not only to file pre-trial motions, but also you abandon or give up any pre-trial motions already filed and not yet decided and any pre-trial motions in which decisions were already made. Omnibus pretrial motions include but are not limited to a motion to suppress evidence, motion for habeas corpus, a Rule 600 motion as to the speedy trial rule, and so forth. By pleading ~~guilty or~~ nolo contendre, you give up your right to raise omnibus pretrial motions at both the trial and/or appellate level. Do you fully understand this? _____yes_____

26. Do you understand that by pleading ~~guilty or~~ nolo contendere, you also give up the right to present or assert any defenses on your behalf? _____yes_____

CDB
_____
Initials

27. If you were convicted after a jury trial or non-jury trial before a judge, you could appeal the verdict to a higher court and raise any errors that were committed in the trial court and this could result in a new trial or a dismissal. By pleading ~~guilty~~, you are giving up this right. Do you fully understand this? _____Yes_____    Nolo contendere

28. Do you fully understand that if you were convicted after a jury trial or a non-jury trial before a judge, you could challenge in this Court and in the appellate courts whether the Commonwealth had presented enough evidence to prove you guilty beyond a reasonable doubt? _____Yes_____

29. By pleading ~~guilty or~~ *nolo contendere*, you give up certain rights of appeal; in a jury trial or a non-jury trial before a judge, you would have the right to appeal any errors that might arise in your case to the Superior Court of Pennsylvania. However, when you plead ~~guilty or~~ *nolo contendere*, you limit the grounds for those appeals to four (4) specific reasons:

  1.  that this Court did not have jurisdiction in your case. With rare exceptions, this Court only has jurisdiction where the crime was committed in Washington County;

  2.  that the sentence or probation imposed by this Court is illegal;

  3.  that your plea was not knowingly, intelligently, and voluntarily made; and

  4.  the incompetence or ineffectiveness of the attorney who represents you.

All other grounds for appeal are given up. Do you fully understand this? _____Yes_____

30. In order to appeal the conviction that results from your plea of ~~guilty or~~ *nolo contendere*, you must, within ten (10) days from the date your sentence was imposed, file a written motion to withdraw your plea and state one of the four grounds listed below as the basis for your petition to withdraw your plea:

  1.  your plea was not knowing, intelligent, or voluntary;

  2.  that your crime was not committed within the jurisdiction of this Court, i.e. not committed in Washington County;

  3.  that the sentence of this Court is illegal;

  4.  that your attorney was ineffectual or incompetent.

If you do not file this motion within 10 days from the date of your sentence, you will have given up this right. Do you fully understand this? _____Yes_____

_____CAD_____
Initials

5

31. If your petition to withdraw your plea would be denied by this Court, you would have thirty (30) days from the date your sentence was imposed to appeal the denial of your petition to withdraw your plea to the Superior Court of Pennsylvania, but if you fail to file the appeal within this thirty-day allotted time period, you will have given up this right forever. Do you fully understand this? _yes_

32. If you wish to file any of these motions with this Court or an appeal to the Superior Court of Pennsylvania and cannot afford an attorney to assist you to do so, this Court will appoint an attorney for you at no cost to you. Do you fully understand this? _yes_

33. When you plead ~~guilty~~ or *nolo contendere*, and your plea is accepted by this Court, all that remains is for the judge to sentence you on the charges to which you are pleading. Do you fully understand this? _yes_

34. If there is a mandatory minimum sentence applicable and this mandatory sentence is sought by the Commonwealth, then this Court has no discretion to impose a lesser sentence and must impose at least the minimum sentence that is required by law. Do you fully understand this? _yes_

35. Are you aware that if the offenses with which you are charged do not require a mandatory sentence under the statutory law of Pennsylvania, this Court is not bound by the sentencing guidelines and may deviate from the guidelines, however, if the Court does so, both the District Attorney and you would have a right to appeal such deviation? _yes_

36. Do you understand that any term of imprisonment imposed as a result of your plea may be imposed separately, or consecutively, with any other state or federal term of imprisonment you are currently serving? _yes_

37. Do you understand that the conviction that will result from your plea may serve as a violation of any term of county, state or federal probation or parole? _yes_

38. Do you understand that a violation of your county, state or federal probation or parole could result in the imposition of further separate or consecutive term of imprisonment? _yes_

39. Your plea must be voluntary and your rights must be voluntarily, knowingly and intelligently waived. If anyone has promised you anything other than the terms of a plea bargain, your plea will be rejected. If anyone has forced you or attempted to force you in any way to plead ~~guilty~~ or *nolo contendere*, your pleas will be rejected. Do you fully understand this? _yes_

CDA

Initials

6

40. Has anybody forced you to enter this plea? _No_

41. Are you doing this of your own free will? _Yes_

42. Have any threats been made to you to enter a plea? _No_

43. Do you understand that if there is a plea bargain in this case, the terms of the plea bargain will be stated on the record before the judge and that you will be bound by the terms of the plea bargain as they appear of record? _Yes_

44. Do you understand that this Court is not bound by any plea bargain entered into by you and the District Attorney? _Yes_

45. If the Court rejects the plea bargain after hearing a summary of the evidence, you would then have the right to withdraw your plea and would have the option of entering a straight plea with no plea bargain involved or have your case heard by the judge in a non-jury trial and, of course, you would till have the right to a trial by judge if you so desire. Do you fully understand this? _Yes_

46. Are you satisfied with the legal advice and legal representation of your attorney? _Yes_
_Patrick, yes. Rose was Inept & did an inadequate job_

47. Have you had ample opportunity to consult with your attorney before entering your plea, _As was_ and are you satisfied that your attorney knows all of the facts of your case and has had _Allen Roth_ enough time within which to check any questions of fact or law which either you or your _Blissman_ attorney may have about the case? _Yes_ _& Zimmaro was just a fraud._

48. Has your attorney gone over with you the meaning of the terms of this document? _Yes_

49. Have you ever had any physical or mental illness that would affect your ability to understand these rights or affect the voluntary nature of your plea? _No_

50. Are you presently taking any medication which might affect your thinking, impair your ability to think clearly, and/or impair the exercise your freewill? _No_

51. Have you had any controlled substances/narcotics or alcohol in the last 48 hours? _No_

52. A.   If you are entering a plea of guilty, you admit that you committed the crime(s) with which you charged and to which you are pleading guilty. Do you fully understand this?

    B    If you are entering a plea of *nolo contendere*, do you admit that you are not challenging the charges against you? _Yes_

_CDA_
Initials

7

53 Have you discussed with your attorney or are you aware of the permissible range of sentences and/or fines that that can be imposed for the offenses charged? _yes_

54. Do you understand that you are pleading to the following crimes which carry maximum statutory sentences/fines as set forth below? _yes_

    (1)  _NEGLECT OF ANIMALS #18 §§ 5532_ (crime)
          _M3_ (grading)
          _6 MONTHS TO 1 YEAR_ (minimum/maximum statutory sentence)
          _$2,500.00_ (maximum fine)

    (2)  _NEGLECT OF ANIMALS #18 §§ 5532_ (crime)
          _M3_ (grading)
          _6 MONTHS TO 1 YEAR_ (minimum/maximum statutory sentence)
          _$2500.00_ (maximum fine)

    (3)_____(crime)
          _____(grading)
          _____(minimum/maximum statutory sentence)
          _____(maximum fine)

    (4)_____(crime)
          _____(grading)
          _____(minimum/maximum statutory sentence)
          _____(maximum fine)

55. Do you understand that you are pleading guilty to crimes which carry a **mandatory** minimum sentence as set forth below? _____

    (1)_____(crime)
          _____(grading)
          _____(mandatory minimum sentence)

    (2)_____(crime)
          _____(grading)
          _____(mandatory minimum sentence)

    (3)_____(crime)
          _____(grading)
          _____(mandatory minimum sentence)

                                     _____
                                     Initials

(4)_____ (crime)
   _____ (grading)
   _____ (mandatory minimum sentence)

56. Have any promises been made to you to enter a plea of ~~guilty~~ *Nolo Contendere* other than any plea
   agreement that has been negotiated for you by yourself or your attorney? *Yes*
   *Plea is No Contest for (2) M3 Animal Neglect regarding Washington County Charges*

57. Do you understand that you will have a right to request that your plea be withdrawn at
   any time prior to sentence and you will have ten (10) days after your sentence to
   challenge the validity of your plea, however, if you would fail to do so within these time
   periods, you would forever give up these rights? _____

58. Do you fully understand your rights? *Yes*

*One year Probation each to be served* _____ *Initials CDH*
*Concurrently. No Fines, No Restitution & the return of all my*
*property After 30 days including my guns which will be held*
*by my father Kenneth O Harr, until the end of my probation.*

   I AFFIRM THAT I HAVE READ THE ABOVE DOCUMENT IN ITS ENTIRETY. I
UNDERSTAND ITS FULL MEANING, AND I AM STILL NEVERTHELESS WILLING TO
ENTER A PLEA TO THE OFFENSES SPECIFIED. I FURTHER AFFIRM THAT MY
SIGNATURE AND INITIALS ON EACH PAGE OF THIS DOCUMENT ARE TRUE AND
CORRECT.

_9/8/2022_____          _____
DATE                            SIGNATURE OF DEFENDANT

## CERTIFICATION OF DEFENSE COUNSEL

I certify that:

1.     I am an attorney admitted to the Supreme Court of Pennsylvania.

2.     I represent the defendant herein.

3.     I know no reason why the defendant cannot fully understand everything that is being said and done here today.

4.     The defendant read the above form in my presence and appeared to fully understand it. I have gone over the form completely with the defendant, explained all of the items on the form, and answered any questions he or she had.

5.     I see no reason why the defendant cannot and is not knowingly, intelligently and voluntarily giving up his or her rights to trial and pleading guilty.

6.     I made no promises to the defendant other than those which appear of record in this case.

SEPTEMBER 9, 2022
_____
DATE

_____
ATTORNEY FOR DEFENDANT