# EXHIBIT "H"

```
 1     IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY
                 COMMONWEALTH OF PENNSYLVANIA
 2                   CRIMINAL DIVISION

 3   COMMONWEALTH OF PENNSYLVANIA   )
                                    )
 4          vs.                     )
                                    ) Case Nos.
 5   CHRISTIE DEE HARR,             ) CR-0205-2020
                                    ) CR-1186-2020
 6          Defendant.             )

 7                       - - -

 8        TRANSCRIPT OF PLEA & SENTENCING HEARING
          BEFORE THE HONORABLE BRANDON P. NEUMAN
 9                  COURTROOM NO. 4
                FRIDAY, SEPTEMBER 9, 2022
10
                         - - -
11
                      APPEARANCES:
12
                      SAMUEL ZAPPALA, ESQ.
13                    Assistant District Attorney
                      Representing the Commonwealth
14
                      PATRICK FITCH, ESQ.
15                    Assistant Public Defender
                      Representing the Defendant
16
                      Transcribed by:
17                    Christine B. Mumper
                      Official Court Reporter
18

19

20

21

22

23   Transcript filed in the office of the Clerk of
     Courts this _____day of _____, 2022.
24

25
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S

 2                          - - -

 3          THE COURT:  All right.  We are on the

 4     record.  This is Commonwealth of Pennsylvania

 5     versus Christie Dee Harr, this is case is at

 6     No. CR-205-2020, and CR-1186-2020.

 7          The Defendant is present in the

 8     courtroom today, represented by Pat Fitch.

 9     And Mr. Zappala is here on behalf of the

10     Commonwealth.

11          Ms. Harr, we're going to swear you in.

12     Please raise your right hand.

13          (The Defendant was duly sworn)

14          THE COURT:  Okay.  What is the nature

15     of the agreement?

16          MR. ZAPPALA:  Thank you, your Honor.

17     I'm going to start with Docket No. 205-2020.

18          At that docket number, the

19     Commonwealth will be moving to amend Count 1,

20     of Aggravated Cruelty to Animals, 5534(a)(1),

21     a Felony of the 3rd Degree, the Commonwealth

22     will be moving to amend that to Neglect of

23     Animals, 5532(a)(1), a Misdemeanor of the

24     3rd Degree.

25          The Defendant will be pleading
```

```
 1          No Contest to that Count 1.  In exchange for
 2          that, the Commonwealth will recommend a
 3          sentence of one year of probation.
 4               Special conditions on that include a
 5          mental health evaluation.  The Defendant will
 6          not possess animals and have no contact with
 7          the animals seized.  The remaining count
 8          would be nolle prossed.
 9               And then, at Docket No. 1186-2020, the
10          Defendant will be pleading No Contest to
11          Count 3, Neglect of Animals, that is
12          5532(a)(1), a Misdemeanor of the 3rd Degree.
13               In exchange for that, the Commonwealth
14          will recommend a sentence of one year of
15          probation, to run concurrent with Count 1 at
16          205-2020, with the same special conditions.
17          The remaining counts will be nolle prossed.
18               THE COURT:  Is that your understanding
19          of the agreement?
20               MR. FITCH:  That is, your Honor, the
21          No Contest to the Washington County charges,
22          thank you very much.
23               THE COURT:  I'm going to do a sidebar
24          for a second.
25               (Discussion off the record.)
```

1          THE COURT:  We're at Case

2     Nos. 1186-2020 and 205-2020, Commonwealth of

3     Pennsylvania versus Christie Dee Harr.

4          So the only recommendation, after

5     reviewing the file, that I was making for me

6     to accept the plea is to run the cases

7     consecutive, rather than concurrent.

8          Are you guys in agreement with that or

9     not?

10          MR. ZAPPALA:  Yes, your Honor.

11          MR. FITCH:  Yes, your Honor.

12          THE COURT:  Okay.  Ms. Harr, we swore

13     you in.

14          Do you read, write and understand the

15     English language?

16          THE DEFENDANT:  Yes.

17          THE COURT:  Have you taken any drugs

18     or alcohol into your system in the last 48

19     hours?

20          THE DEFENDANT:  No.

21          THE COURT:  Do you take any

22     prescriptions or have any diagnoses that

23     would prevent you from a making a voluntary

24     decision?

25          THE DEFENDANT:  No.

```
 1              THE COURT:  Did you read the guilty
 2       plea colloquy, which would be -- the No
 3       Contest colloquy is the same, but you're
 4       pleading No Contest today, and the general
 5       conditions of probation and parole?
 6              THE DEFENDANT:  Yes.
 7              THE COURT:  Do you have any questions
 8       about any of the information in these
 9       documents?
10              THE DEFENDANT:  No.
11              THE COURT:  Did anyone threaten you in
12       any way to enter into this agreement?
13              THE DEFENDANT:  No.
14              THE COURT:  Did anyone promise you
15       anything?
16              THE DEFENDANT:  Just the agreement
17       that we --
18              THE COURT:  Yes.  So other than the
19       agreement, did anyone promise you anything
20       outside of the agreement that is on the
21       record?
22              THE DEFENDANT:  No.
23              THE COURT:  After communicating with
24       your attorney, are you entering into this
25       agreement independently?
```

```
 1              THE DEFENDANT:  Yes.

 2              THE COURT:  Okay.  And do you

 3      understand that you will not be able to

 4      possess any animals, pets or otherwise?

 5              THE DEFENDANT:  Right.

 6              MR. FITCH:  Your Honor, if I may,

 7      respectfully, if you would consider or

 8      continue to consider the concurrent nature of

 9      the plea, I know you're thinking about

10      that now.

11              THE COURT:  Well, it's either you

12      accept the plea or not, and we'll go to

13      trial.  I mean, I'm not going to accept the

14      plea unless it is run consecutively.  If you

15      want it to run concurrent, I most likely

16      would reject that plea, and you would go to

17      jury selection next week.

18              MR. FITCH:  We'll go with consecutive,

19      your Honor.

20              THE COURT:  Is that your

21      understanding?

22              MR. FITCH:  Yes.

23              THE COURT:  So it's two years of

24      probation, not one year of probation, which

25      they're going to run consecutively.
```

1             Do you acknowledge on the record that

2     you are pleading No Contest based on some of

3     the information that the Commonwealth has?

4             THE DEFENDANT:  Yes.

5             THE COURT:  Okay.  You have 10 days

6     from today file post-sentencing motions, and

7     you have 30 days from today to file an appeal

8     to the Pennsylvania Superior Court.

9             If you file post-sentencing motions,

10    your appeal period will not begin until final

11    disposition of those motions.

12            You have a right to an attorney to

13    assist you with the motions or appeal, and

14    you can appeal or file motions for four

15    reasons:

16            You can claim Washington County does

17    not have jurisdiction over you;

18            You can claim that the sentence

19    imposed today is illegal;

20            You can claim that you did not enter

21    this admission knowingly, intelligently and

22    voluntarily; and

23            You can claim your counsel did not

24    properly or effectively represent you.

25            You also have 10 days from today to

1          petition this Court with a request to

2          withdraw your plea, and I would take it under

3          consideration.

4                You have the right to have an attorney

5          to assist you with that, as well.

6                Do you have any questions about the

7          terms of the plea, or any of the information

8          I just provided to you?

9                THE DEFENDANT:  No.

10               THE COURT:  Anything else,

11     Mr. Zappala?

12               MR. ZAPPALA:  No, your Honor.

13               THE COURT:  Is there any restitution

14     in this case?

15               MR. ZAPPALA:  No, your Honor.

16               THE COURT:  And it is part of the

17     sentence not to possess any animals or have

18     contact with any animals or pets or anything

19     of that nature; correct?

20               MR. ZAPPALA:  That is correct.

21               THE COURT:  This Court finds that the

22     Defendant is entering this plea knowingly,

23     intelligently and voluntarily.  I will accept

24     the plea as reflected on the record.

25               MR. FITCH:  Your Honor, Ms. Harr has a

1       short statement she would like to say, if you
2       will.
3               THE COURT:  Hold on.  Okay.
4               So I'm going to rescind that I
5       accepted the plea and the sentence, because
6       you have the right to give me a statement
7       before I sentence you.  So I'm rescinding
8       that I have accepted the final plea offer
9       until you give me that statement.
10              MR. FITCH:  Okay.
11              THE COURT:  You may proceed.
12              THE DEFENDANT:  I'm pleading No
13      Contest or Nolo Contendre to two counts of
14      Misdemeanor Level 3 Animal Neglect, regarding
15      the charges in Washington County, for the
16      conditions cited at 320 Second Street,
17      Donora, Pennsylvania, 15033, Washington
18      County.
19              To be clear, I am not admitting guilt
20      of any crime, but rather, if this case went
21      to trial, they could possibly convince a jury
22      that the animals in question were neglected.
23              At no point did I ever harm or intend
24      to harm any of the animals in my care.
25      However, due to the damage both to the

```
 1      residence and the rescue by a tornado in
 2      August of 2016, and the inability to raise
 3      the necessary funds for the repairs, the
 4      condition of the property was less than
 5      favorable.
 6              I do want it noted that I was in the
 7      middle of moving the animals to a new, safe
 8      location, and had 75 percent of them already
 9      moved, when the search and seizure was
10      conducted.  So I was, indeed, doing my very
11      best to remedy this situation.
12              And I would also just like to note
13      that I was told that all my property would be
14      returned; however, we have yet to receive an
15      itemized statement for the items taken from
16      the church.
17              THE COURT:  Okay.
18              MR. FITCH:  Thank you, your Honor.
19              THE COURT:  I will accept the plea as
20      reflected on the record.  And you are to
21      report over to the Adult Probation Office
22      today to get signed up.  There will be costs
23      of prosecution associated with this case, and
24      you can make a payment plan to satisfy the
25      costs of prosecution.
```

1          Thank you.

2          MR. FITCH:  Thank you.

3          MR. ZAPPALA:  Thank you, your Honor.

4                    - - -

5          (Thereupon, at 11:30 a.m., the hearing

6     was concluded.)

7                    - - -

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATE

 2

 3       I hereby certify that the proceedings and

 4   evidence are contained fully and accurately in the

 5   stenographic notes taken by me of the hearing of

 6   the above-cause, and that this is a correct

 7   transcript of the same.

 8

 9

10              /s/ Christine B. Mumper
                Christine B. Mumper, Court Reporter
11

12                      - - -

13
                The foregoing record of the hearing of
14
     the above-cause is hereby directed to be filed.
15

16
                /s/ Brandon P. Neuman        , J.
17              BRANDON P. NEUMAN, JUDGE

18

19

20

21

22

23

24

25
```