# EXHIBIT "I"

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 1 of 20

### CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Neuman, Brandon | Date Filed: 01/30/2020 | Initiation Date: 10/30/2019 |
| OTN: U 764886-3 | LOTN: | Originating Docket No: MJ-27102-CR-0000228-2019 |
| Initial Issuing Authority: Mark Wilson | | Final Issuing Authority: Mark Wilson |
| Arresting Agency: Animal Control Cp, County | | Arresting Officer: Thomson, Glen |
| Complaint/Citation No.: 01 | | Incident Number: |
| Case Local Number Type(s) | | Case Local Number(s) |

### RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Consolidated Defendant Cases** | | | |
| CP-63-CR-0001186-2020 | Comm. v. Harr, Christie Dee | CP-27-63-Crim | Court Order |

### STATUS INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Status: | Active | Status Date | Processing Status | Arrest Date: 10/30/2019 |
| | | 02/27/2020 | Awaiting Trial | |
| | | 01/30/2020 | Awaiting Formal Arraignment | |
| | | 01/30/2020 | Awaiting Filing of Information | |
| | | | | Complaint Date: 10/30/2019 |

CPCMS 9082

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 2 of 20

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 02/27/2020 | 11:00 am | Jury Lounge | | Scheduled |
| Administrative Trial List | 06/07/2020 | 9:00 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Pleaders | 06/19/2020 | 3:30 pm | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Pleaders | 08/28/2020 | 10:00 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 09/13/2020 | 9:00 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 11/06/2020 | 9:30 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 12/04/2020 | 9:30 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 12/06/2020 | 9:00 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 01/10/2021 | 9:00 am | Courtroom 4 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 02/04/2021 | 2:00 pm | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 02/14/2021 | 9:00 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 03/05/2021 | 1:00 pm | Courtroom 1 | | Scheduled |
| Administrative Trial List | 04/04/2021 | 9:00 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 04/09/2021 | 1:00 pm | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 05/06/2021 | 1:00 pm | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 05/09/2021 | 9:00 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 06/11/2021 | 1:00 pm | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 08/01/2021 | 9:00 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 08/06/2021 | 9:30 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 09/10/2021 | 9:30 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 10/24/2021 | 9:00 am | Courtroom 1 | Judge Gary Gilman | Scheduled |

Printed:  07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 3 of 20

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Pre-Trial Conference | 11/05/2021 | 9:30 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 11/28/2021 | 9:00 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Pre-Trial Conference | 12/03/2021 | 9:30 am | Courtroom 1 | Judge Gary Gilman | Scheduled |
| Administrative Trial List | 01/09/2022 | 9:00 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Miscellaneous | 03/07/2022 | 1:00 pm | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Administrative Trial List | 03/13/2022 | 9:00 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Administrative Trial List | 04/10/2022 | 9:00 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Pre-Trial Conference | 05/06/2022 | 9:30 am | Courtroom 4 | Judge Brandon Neuman | Continued |
| Administrative Trial List | 05/15/2022 | 9:00 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Pre-Trial Conference | 06/03/2022 | 9:30 am | Courtroom 4 | Judge Brandon Neuman | Continued |
| Administrative Trial List | 06/19/2022 | 9:00 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Administrative Trial List | 07/17/2022 | 9:00 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |
| Pre-Trial Conference | 09/09/2022 | 9:30 am | Courtroom 4 | Judge Brandon Neuman | Scheduled |

## DEFENDANT INFORMATION

Date Of Birth:   10/12/1978    City/State/Zip:  Monessen, PA  15062

Alias Name
Harr, Christie D.

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Harr, Christie Dee |

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 4 of 20

## BAIL INFORMATION

Harr, Christie Dee                                                                    **Nebbia Status:  None**

| Bail Action | Date | Bail Type | Percentage | Amount | | |
|---|---|---|---|---|---|---|
| | | | | | Bail Posting Status | Posting Date |
| Set | 10/30/2019 | Unsecured | | $5,000.00 | | |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | **18 § 5534 §§ A1** | Aggravated Cruelty to Animals - Torture | 06/22/2018 | U 764886-3 |
| 2 | 2 | F3 | **18 § 5534 §§ A2** | Aggravated Cruelty to Animals - Causing SBI or Death | 06/22/2018 | U 764886-3 |

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | |
| Sentence Conditions | | | |

**Waived for Court (Lower Court)**          Defendant Was Present

| Lower Court Disposition | 01/29/2020 | Not Final | |
|---|---|---|---|
| 1 / Aggravated Cruelty to Animals - Torture | Waived for Court (Lower Court) | F3 | 18 § 5534 §§ A1 |
| 2 / Aggravated Cruelty to Animals - Causing SBI or Death | Waived for Court (Lower Court) | F3 | 18 § 5534 §§ A2 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**
## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 5 of 20

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| <u>Name:</u>  John Paul Lewis | <u>Name:</u>  Rose Alaina Semple |
| Assistant District Attorney | Public Defender |
| <u>Supreme Court No:</u>  089874 | <u>Supreme Court No:</u>  309643 |
| <u>Phone Number(s):</u> | <u>Rep. Status:</u>  Active |
| 724-228-6790        (Phone) | <u>Phone Number(s):</u> |
| <u>Address:</u> | 724-228-6818        (Phone) |
| Washington Co Da's Office | <u>Address:</u> |
| 1 S Main St Ste 1003 | Washington Co Public Defender's Ofc |
| Washington, PA  15301-6813 | 100 W Beau St Ste 605 |
| | Washington, PA  15301-4443 |
| <u>Name:</u>  Washington County District Attorney's Office | Representing: Harr, Christie Dee |
| District Attorney | |
| <u>Supreme Court No:</u> | |
| <u>Phone Number(s):</u> | |
| 724-228-6790        (Phone) | |
| <u>Address:</u> | |
| 1 South Main Street | |
| Suite 1003 | |
| Washington, PA  15301 | |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/30/2019 | | Wilson, Mark |
| Bail Set - Harr, Christie Dee | | | |
| 1 | 11/21/2019 | | Gilman, Gary |
| Destruction Order | | | |
| Lewis, John Paul | | | |
| 06/19/2020 | eService | | Served |
| Roth, John Allen | | | |
| 06/19/2020 | eService | | Served |
| 2 | 11/21/2019 | | Roth, Allen |
| Emergency Motion For Destruction Order | | | |
| Lewis, John Paul | | | |
| 06/19/2020 | eService | | Served |
| 1 | 11/27/2019 | | Gilman, Gary |
| Commonwealth's Motion for Reconsideration is Granted | | | |
| Lewis, John Paul | | | |
| 06/19/2020 | eService | | Served |
| Roth, John Allen | | | |

CPCMS 9082

Printed:  07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 6 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 06/19/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 12/19/2019 | | Gilman, Gary |
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | |
| Lewis, John Paul | | | |
| 06/19/2020 | eService | | Served |
| Roth, John Allen | | | |
| 06/19/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 01/03/2020 | | Gilman, Gary |
| Consent Order | | | |
| Lewis, John Paul | | | |
| 06/19/2020 | eService | | Served |
| Roth, John Allen | | | |
| 06/19/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 01/30/2020 | | Court of Common Pleas - Washington County |
| Original Papers Received from Lower Court | | | |

| | | | |
|---|---|---|---|
| 1 | 02/12/2020 | | Court of Common Pleas - Washington County |
| Assigned to Judge: Gilman, Gary | | | |

| | | | |
|---|---|---|---|
| 1 | 02/19/2020 | | Commonwealth of Pennsylvania Lewis, John Paul |
| Information Filed | | | |

| | | | |
|---|---|---|---|
| 1 | 02/27/2020 | | Court of Common Pleas - Washington County |
| Formal Arraignment Held | | | |
| Lewis, John Paul | | | |
| 04/14/2020 | eService | | Served |

| | | | |
|---|---|---|---|
| 1 | 03/02/2020 | | Blissman, Bruce W. |
| Entry of Appearance | | | |
| Lewis, John Paul | | | |
| 03/03/2020 | eService | | Served |

CPCMS 9082

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 7 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 2 | 03/02/2020 | | Blissman, Bruce W. |
| Waiver of Appearance at Arraignment | | | |
| Lewis, John Paul | | | |
| 03/03/2020 | eService | | Served |
| 2 | 05/20/2020 | | Court of Common Pleas - Washington County |
| Hearing Notice | | | |
| Lewis, John Paul | | | |
| 05/21/2020 | eService | | Served |
| 1 | 06/19/2020 | | Roth, Allen |
| Entry of Appearance | | | |
| Lewis, John Paul | | | |
| 06/19/2020 | eService | | Served |
| 1 | 07/14/2020 | | Gilman, Gary |
| Motion for Continuance and Waiver of Pa.R. Crim.P.  600/1013 | | | |
| Blissman, Bruce W. | | | |
| 07/14/2020 | | | |
| Harr, Christie Dee | | | |
| 07/14/2020 | | | |
| Lewis, John Paul | | | |
| 07/14/2020 | | | |
| Lewis, John Paul | | | |
| 07/14/2020 | eService | | Served |
| Roth, Allen | | | |
| 07/14/2020 | | | |
| Roth, John Allen | | | |
| 07/14/2020 | eService | | Served |
| 1 | 08/25/2020 | | Lewis, John Paul |
| Order Granting Motion for Consolidation | | | |
| Lewis, John Paul | | | |
| 08/25/2020 | | | |
| Roth, Allen | | | |
| 08/25/2020 | | | |

Printed:  07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 8 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Roth, John Allen | | | |
| 08/25/2020 | eService | | Served |
| | | | |
| 1 | 08/26/2020 | | Gilman, Gary |
| Order Canceling Hearing and Scheduling Jury Trial | | | |
| Blissman, Bruce W. | | | |
| 08/26/2020 | | | |
| Harr, Christie Dee | | | |
| 08/26/2020 | | | |
| Lewis, John Paul | | | |
| 08/26/2020 | | | |
| Roth, Allen | | | |
| 08/26/2020 | | | |
| Lewis, John Paul | | | |
| 08/27/2020 | eService | | Served |
| Roth, John Allen | | | |
| 08/27/2020 | eService | | Served |
| | | | |
| 1 | 11/05/2020 | | Gilman, Gary |
| Motion for Continuance and Waiver of Pa.R. Crim.P. 600/1013 | | | |
| Lewis, John Paul | | | |
| 11/05/2020 | | | |
| Lewis, John Paul | | | |
| 11/05/2020 | eService | | Served |
| Roth, Allen | | | |
| 11/05/2020 | | | |
| Roth, John Allen | | | |
| 11/05/2020 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 11/05/2020 | eService | | Served |
| | | | |
| 1 | 12/07/2020 | | Gilman, Gary |
| Order Rescheduling Hearing | | | |
| Harr, Christie Dee | | | |
| 12/07/2020 | | | |
| Lewis, John Paul | | | |
| 12/07/2020 | | | |

CPCMS 9082

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 9 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Roth, Allen | | | |
| 12/07/2020 | | | |
| Lewis, John Paul | | | |
| 12/10/2020 | eService | | Served |
| Roth, John Allen | | | |
| 12/10/2020 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 12/10/2020 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| 1 | 01/14/2021 | 01/08/2021 | DiSalle, John F. |
| Order Transferring Case to Judge | | | |
| Gilman, Gary | | | |
| 01/14/2021 | Interoffice | | |
| Harr, Christie Dee | | | |
| 01/14/2021 | First Class | | |
| Lewis, John Paul | | | |
| 01/14/2021 | | | |
| Roth, Allen | | | |
| 01/14/2021 | | | |
| Lewis, John Paul | | | |
| 01/15/2021 | eService | | Served |
| Roth, John Allen | | | |
| 01/15/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 01/15/2021 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| 1 | 02/10/2021 | | Gilman, Gary |
| Order Scheduling Pre-Trial Conference | | | |
| Harr, Christie Dee | | | |
| 02/10/2021 | | | |
| Lewis, John Paul | | | |
| 02/10/2021 | | | |
| Roth, Allen | | | |
| 02/10/2021 | | | |
| Lewis, John Paul | | | |
| 02/11/2021 | eService | | Served |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 10 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Roth, John Allen | | | |
| 02/11/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 02/11/2021 | eService | | Served |
| | | | |
| 1 | 03/05/2021 | | Gilman, Gary |
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P.  600/1013 | | | |
| Harr, Christie Dee | | | |
| 03/05/2021 | | | |
| Lewis, John Paul | | | |
| 03/05/2021 | | | |
| Lewis, John Paul | | | |
| 03/05/2021 | eService | | Served |
| Roth, Allen | | | |
| 03/05/2021 | | | |
| Roth, John Allen | | | |
| 03/05/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 03/05/2021 | eService | | Served |
| | | | |
| 1 | 04/09/2021 | | Gilman, Gary |
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P.  600/1013 | | | |
| Lewis, John Paul | | | |
| 04/09/2021 | | | |
| Lewis, John Paul | | | |
| 04/09/2021 | eService | | Served |
| Roth, Allen | | | |
| 04/09/2021 | | | |
| Roth, John Allen | | | |
| 04/09/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 04/09/2021 | eService | | Served |
| | | | |
| 2 | 04/09/2021 | | Roth, Allen |
| Deft's Motion to Compel Discovery and to Return Property | | | |

CPCMS 9082

Printed:  07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 11 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Lewis, John Paul | | | |
| 04/09/2021 | | | |
| Lewis, John Paul | | | |
| 04/09/2021 | eService | | Served |
| Roth, Allen | | | |
| 04/09/2021 | | | |
| Washington County District Attorney's Office | | | |
| 04/09/2021 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 05/07/2021 | | Gilman, Gary |
|---|---|---|---|
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | |
| Lewis, John Paul | | | |
| 05/07/2021 | | | |
| Lewis, John Paul | | | |
| 05/07/2021 | eService | | Served |
| Roth, Allen | | | |
| 05/07/2021 | | | |
| Roth, John Allen | | | |
| 05/07/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 05/07/2021 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 06/11/2021 | | Gilman, Gary |
|---|---|---|---|
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | |
| Lewis, John Paul | | | |
| 06/11/2021 | | | |
| Lewis, John Paul | | | |
| 06/11/2021 | eService | | Served |
| Roth, John Allen | | | |
| 06/11/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 06/11/2021 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 08/05/2021 | | Roth, Allen |
|---|---|---|---|
| Omnibus Pre-Trial Motion | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 12 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |

| | | | |
|---|---|---|---|
| Lewis, John Paul | | | |
| 08/05/2021 | | | |
| Lewis, John Paul | | | |
| 08/05/2021 | eService | | Served |
| Roth, Allen | | | |
| 08/05/2021 | | | |
| Washington County District Attorney's Office | | | |
| 08/05/2021 | eService | | Served |

- - - - - - - - - -

| 1 | 08/09/2021 | 08/06/2021 | Gilman, Gary |
|---|---|---|---|
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | |
| Lewis, John Paul | | | |
| 08/10/2021 | | | |
| Lewis, John Paul | | | |
| 08/10/2021 | eService | | Served |
| Roth, Allen | | | |
| 08/10/2021 | | | |
| Roth, John Allen | | | |
| 08/10/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 08/10/2021 | eService | | Served |

- - - - - - - - - -

| 1 | 09/16/2021 | | Gilman, Gary |
|---|---|---|---|
| Order Scheduling Pre-trial Conference | | | |
| Lewis, John Paul | | | |
| 09/16/2021 | | | |
| Lewis, John Paul | | | |
| 09/16/2021 | eService | | Served |
| Roth, Allen | | | |
| 09/16/2021 | | | |
| Roth, John Allen | | | |
| 09/16/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 09/16/2021 | eService | | Served |

- - - - - - - - - -

CPCMS 9082

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 13 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 1 | 10/25/2021 | | Semple, Rose Alaina |
| Entry of Appearance | | | |
| Lewis, John Paul | | | |
| 10/25/2021 | eNotice | | Notified |
| Roth, John Allen | | | |
| 10/25/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 10/25/2021 | eNotice | | Notified |
| - - - - - - - - | - - - - - - - - | - - - - - - - - | - - - - - - - - |
| 2 | 10/25/2021 | | Semple, Rose Alaina |
| Motion for Discovery | | | |
| Lewis, John Paul | | | |
| 10/25/2021 | eNotice | | Notified |
| Roth, John Allen | | | |
| 10/25/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 10/25/2021 | eNotice | | Notified |
| - - - - - - - - | - - - - - - - - | - - - - - - - - | - - - - - - - - |
| 1 | 11/01/2021 | | Roth, Allen |
| Praecipe to Withdraw Appearance | | | |
| Lewis, John Paul | | | |
| 11/01/2021 | eService | | Served |
| Semple, Rose Alaina | | | |
| 11/01/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 11/01/2021 | eService | | Served |
| - - - - - - - - | - - - - - - - - | - - - - - - - - | - - - - - - - - |
| 1 | 11/03/2021 | | Harr, Christie Dee |
| Motion to Compel Public Defender to Schedule Omnibus Hearing | | | |
| Lewis, John Paul | | | |
| 11/03/2021 | | | |
| Lewis, John Paul | | | |
| 11/03/2021 | eService | | Served |
| Semple, Rose Alaina | | | |
| 11/03/2021 | | | |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 14 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | | Filed By |
|---|---|---|---|---|
| Service To | | Service By | | |
| Issue Date | Service Type | | Status Date | Service Status |
| Semple, Rose Alaina | | | | |
| 11/03/2021 | eService | | | Served |
| Washington County District Attorney's Office | | | | |
| 11/03/2021 | eService | | | Served |
| | | | | |
| 1 | | 11/05/2021 | | Gilman, Gary |
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | | |
| Lewis, John Paul | | | | |
| 11/05/2021 | | | | |
| Lewis, John Paul | | | | |
| 11/05/2021 | eService | | | Served |
| Semple, Rose Alaina | | | | |
| 11/05/2021 | | | | |
| Semple, Rose Alaina | | | | |
| 11/05/2021 | eService | | | Served |
| Washington County District Attorney's Office | | | | |
| 11/05/2021 | eService | | | Served |
| | | | | |
| 1 | | 12/02/2021 | | Harr, Christie Dee |
| Objections to the Proceedure Posture of this Case, Pro Se | | | | |
| Lewis, John Paul | | | | |
| 12/02/2021 | | | | |
| Lewis, John Paul | | | | |
| 12/02/2021 | eService | | | Served |
| Semple, Rose Alaina | | | | |
| 12/02/2021 | | | | |
| Semple, Rose Alaina | | | | |
| 12/02/2021 | eService | | | Served |
| Washington County District Attorney's Office | | | | |
| 12/02/2021 | eService | | | Served |
| | | | | |
| 1 | | 12/03/2021 | | Gilman, Gary |
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | | |
| Lewis, John Paul | | | | |
| 12/03/2021 | | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 15 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Lewis, John Paul | | | |
| 12/03/2021 | eService | | Served |
| Semple, Rose Alaina | | | |
| 12/03/2021 | | | |
| Semple, Rose Alaina | | | |
| 12/03/2021 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 12/03/2021 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 12/22/2021 | | Semple, Rose Alaina |
|---|---|---|---|
| Motion for Hearing | | | |
| Lewis, John Paul | | | |
| 12/22/2021 | eNotice | | Notified |
| Washington County District Attorney's Office | | | |
| 12/22/2021 | eNotice | | Notified |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 01/25/2022 | | Neuman, Brandon |
|---|---|---|---|
| Order Scheduling Hearing | | | |
| Lewis, John Paul | | | |
| 01/25/2022 | | | |
| Lewis, John Paul | | | |
| 01/25/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 01/25/2022 | | | |
| Semple, Rose Alaina | | | |
| 01/25/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 01/25/2022 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 01/26/2022 | | Neuman, Brandon |
|---|---|---|---|
| Order Scheduling Hearing | | | |
| Lewis, John Paul | | | |
| 01/26/2022 | | | |
| Lewis, John Paul | | | |
| 01/26/2022 | eService | | Served |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 16 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Semple, Rose Alaina | | | |
| 01/26/2022 | | | |
| Semple, Rose Alaina | | | |
| 01/26/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 01/26/2022 | eService | | Served |

— — — — — — — — — — — — — —

| 1 | 03/10/2022 | | Neuman, Brandon |
|---|---|---|---|
| Case Management Order | | | |
| Lewis, John Paul | | | |
| 03/10/2022 | | | |
| Semple, Rose Alaina | | | |
| 03/10/2022 | | | |
| Lewis, John Paul | | | |
| 03/11/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 03/11/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 03/11/2022 | eService | | Served |

— — — — — — — — — — — — — —

| 1 | 03/11/2022 | | Harr, Christie Dee |
|---|---|---|---|
| Case Correspondence from Defendant to be Placed on Docket | | | |
| Lewis, John Paul | | | |
| 03/11/2022 | | | |
| Semple, Rose Alaina | | | |
| 03/11/2022 | | | |
| Lewis, John Paul | | | |
| 03/14/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 03/14/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 03/14/2022 | eService | | Served |

— — — — — — — — — — — — — —

| 1 | 04/04/2022 | | Neuman, Brandon |
|---|---|---|---|
| Order Denying Omnibus Pre-Trial Motion | | | |

CPCMS 9082

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 17 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Lewis, John Paul | | | |
| 04/05/2022 | | | |
| Lewis, John Paul | | | |
| 04/05/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 04/05/2022 | | | |
| Semple, Rose Alaina | | | |
| 04/05/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 04/05/2022 | eService | | Served |

---

| 1 | 04/27/2022 | | Lewis, John Paul |
|---|---|---|---|
| Subpoena | | | |
| Semple, Rose Alaina | | | |
| 04/28/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 04/28/2022 | eService | | Served |

---

| 3 | 05/06/2022 | | Emery, Katherine B. |
|---|---|---|---|
| Order Granting Motion for Continuance and Waiver of Pa.R.Crim.P. 600/1013 | | | |
| Lewis, John Paul | | | |
| 05/06/2022 | | | |
| Semple, Rose Alaina | | | |
| 05/06/2022 | | | |
| Lewis, John Paul | | | |
| 05/09/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 05/09/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 05/09/2022 | eService | | Served |

---

| 1 | 05/10/2022 | | Emery, Katherine B. |
|---|---|---|---|
| Case Management Order | | | |
| Lewis, John Paul | | | |
| 05/10/2022 | | | |

CPCMS 9082

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 18 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| Semple, Rose Alaina | | | |
| 05/10/2022 | | | |
| Lewis, John Paul | | | |
| 05/11/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 05/11/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 05/11/2022 | eService | | Served |
| 2 | 05/12/2022 | | Court of Common Pleas - Washington County |
| Assigned to Judge: Neuman, Brandon | | | |
| Lewis, John Paul | | | |
| 05/12/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 05/12/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 05/12/2022 | eService | | Served |
| 1 | 05/20/2022 | | Semple, Rose Alaina |
| Motion for Reconsideration of Order Filed April 4, 2022 | | | |
| Lewis, John Paul | | | |
| 05/20/2022 | | | |
| Semple, Rose Alaina | | | |
| 05/20/2022 | | | |
| Lewis, John Paul | | | |
| 05/23/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 05/23/2022 | eService | | Served |
| 1 | 05/23/2022 | 05/23/2022 | Semple, Rose Alaina |
| Defendant's Motion to Compel Discovery and Return Property | | | |
| Lewis, John Paul | | | |
| 05/23/2022 | | | |
| Semple, Rose Alaina | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 19 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 05/23/2022 | | | |
| Lewis, John Paul | | | |
| 05/24/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 05/24/2022 | eService | | Served |
| | | | |
| 3 | 05/31/2022 | | Neuman, Brandon |
| Order Granting Motion for Continuance | | | |
| Lewis, John Paul | | | |
| 05/31/2022 | | | |
| Semple, Rose Alaina | | | |
| 05/31/2022 | | | |
| Lewis, John Paul | | | |
| 06/01/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 06/01/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 06/01/2022 | eService | | Served |
| | | | |
| 4 | 05/31/2022 | | Neuman, Brandon |
| Case Management Order | | | |
| Lewis, John Paul | | | |
| 05/31/2022 | | | |
| Semple, Rose Alaina | | | |
| 05/31/2022 | | | |
| Lewis, John Paul | | | |
| 06/01/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 06/01/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 06/01/2022 | eService | | Served |
| | | | |
| 1 | 06/06/2022 | | Neuman, Brandon |
| Order Denying Motion to Compel Discovery and Return Property | | | |
| Lewis, John Paul | | | |

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WASHINGTON COUNTY

## DOCKET



**Docket Number: CP-63-CR-0000205-2020**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Christie Dee Harr

Page 20 of 20

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| Service To | | Service By | |
| Issue Date | Service Type | Status Date | Service Status |
| 06/06/2022 | | | |
| Semple, Rose Alaina | | | |
| 06/06/2022 | | | |
| Lewis, John Paul | | | |
| 06/07/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 06/07/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 06/07/2022 | eService | | Served |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 06/07/2022 | | Neuman, Brandon |
|---|---|---|---|
| Order Denying Motion for Reconsideration of Order | | | |
| Lewis, John Paul | | | |
| 06/07/2022 | | | |
| Semple, Rose Alaina | | | |
| 06/07/2022 | | | |
| Lewis, John Paul | | | |
| 06/08/2022 | eService | | Served |
| Semple, Rose Alaina | | | |
| 06/08/2022 | eService | | Served |
| Washington County District Attorney's Office | | | |
| 06/08/2022 | eService | | Served |

Printed: 07/26/2022

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.