IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:21-cv-1560 |
| | ) |
| v. | ) |
| | ) |
| WASHINGTON AREA HUMANE SOCIETY, HUMANE SOCIETY OF THE UNITED STATES, HUMANE ANIMAL RESCUE, ESTATE OF GLEN L. THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRIANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | ) *Electronically Filed* |
| Defendants. | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2023, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Dismiss pursuant to Federal Rule of Civil Procedure No. 12(b)(6) filed by the Defendants Washington Area Humane Society, the Estate of Glen L. Thomson, and Kelly Proudfit is granted. All claims against these Defendants are dismissed with prejudice with each party to bear its own costs and attorneys fees.

BY THE COURT:

_____J.