IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY,
PENNSYLVANIA

CRIMINAL DIVISION

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA ) | No. CR – 205-2020 |
| V. ) | No. CR – 1186-2020 |
| CHRISTIE DEE HARR ) | |
| Defendant. ) | |

## PLEA OF NOLO CONTENDERE

I, the above-named Defendant, hereby enter my plea of Nolo Contendere on the following count(s) of the Criminal Information:

Grading:

Count  1   NEGLECT OF ANIMALS    5532(A)(1)       M3

Count ___  ~~NEGLECT OF ANIMALS~~        ~~M3~~

Count ___  _____

Count ___  _____

Count ___  _____

I further represent that I enter this plea of Nolo Contendere knowingly, voluntarily and intelligently.

Date: 9/8/2022

Date: SEPTEMBER 8, 2022

_____
Defendant

_____
Attorney for Defendant

[Filed stamp: 2022 SEP 13 AM 11:44, CLERK OF COURTS WASHINGTON CO PA]

Exhibit E

# IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,

v.

CHRISTIE DEE HARR

Defendant.

No. CR- 1186-2020

## PLEA OF ~~GUILTY~~ Nolo Contendere

I, the above-named Defendant, hereby enter my plea of ~~guilty~~ NOLO CONTENDERE on the following count(s) of the Criminal Information:

| Count | | Grading: |
|---|---|---|
| Count 3 | NEGLECT OF ANIMALS 5532(A)(1) | M3 |
| Count | | |
| Count | | |
| Count | | |
| Count | | |

I further represent that I enter this plea of guilty knowingly, voluntarily and intelligently.

Date: 9/4/2022

Date: SEPTEMBER

(Defendant)

(Attorney for Defendant)

2022 SEP 13 AM 11:44
WASHINGTON CO PA