

**BOROUGH OF DONORA**

603 Meldon Avenue
Donora, Pennsylvania 15033
(724)379-6600 Fax: (724)379-6063

**Code Enforcement**

Oct. 30th. 2019

Gene Jeffries
320 Second St.
Donora, Pa. 15033

Re; 320 Second St. Donora, Pa. 15033
Parid# 2400270003001200

 Mr. Jeffries,

Please be advised your property above has been condemned. The main house was condemned under Ordinance 1390. Section 108 – Unsafe Structures and Equipment. 108.1.3 – Structure unfit for human occupancy. A structure is unfit for human occupancy whenever the code official finds that such structure is unsafe, unlawful or, because of the degree to which the structure is in disrepair or lacks maintenance, is **insanitary**, vermin or rat infested, contains filth and contamination, or lacks ventilation, illumination, sanitary or heating facilities or other essential equipment required by this code , or because the location of the structure constitutes a hazard to the occupants of the structure or to the public.
Section 309 – Pest Elimination – All structures shall be kept free from insect and rodent **infestation**.

Church: Section 304 – Exterior Structure. 304.1.1 – Unsafe Conditions: Roofing or roofing components that have defects that admit rain, roof surfaces with inadequate drainage, or any portion of the roof framing that is not in good repair with signs of deterioration fatigue or without proper anchorage and incapable of supporting all nominal loads and resisting all load effects.
Flooring and flooring components with defects that effect serviceability or flooring components that show signs of deterioration or fatigue, are not properly anchored or are incapable of supporting all normal loads and resisting all load effects.

As of Wednesday, October 30th. Your property has been condemned and placard unsafe.

Respectfully,

Ken Jericho
Code Enforcement Officer
Donora Borough