# EXHIBIT  H

DA-ZAPPALA, PD-FITCH, APO, ___ENDANT, CA, CDU, FILE                                        CM

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,   )
   )
   vs.   ) No.  CR-0205-2020
   )      CR-1186-2020
CHRISTIE DEE HARR,   )
   )
   Defendant.   )
   )

PLEA & SENTENCING HEARING IN
THE ABOVE-ENTITLED CAUSE
BEFORE THE HONORABLE
BRANDON P. NEUMAN, JUDGE, ON
FRIDAY, SEPTEMBER 9, 2022

APPEARANCES:

Samuel Zappala, Esquire
Assistant District Attorney
Representing the Commonwealth

Patrick Fitch, Esquire
Assistant Public Defender
Representing the Defendant

ORDER OF SENTENCE

AND NOW, this 9th day of September, 2022, the Court accepts the
Defendant's plea of Nolo Contendre as being knowingly, intelligently and voluntarily
entered.

At Docket No. 205-2020, on the charge at Count 1, as amended, Neglect of
Animals, a violation of the Crime Code §5532(a)(1), a Misdemeanor of the 3rd Degree, the
Court sentences the Defendant to pay the costs of prosecution and places her on

probation for one (1) year under the supervision of the Washington County Adult Probation Office.

As special conditions of her probation, the Defendant shall submit to a mental health evaluation. As a condition of her sentence, the Defendant shall not possess any types of animals, nor shall she have contact with any of the animals seized in this matter.

Upon motion of the Commonwealth, the remaining charges are hereby nolle prossed.

At Docket No. 1186-2020, on the charge at Count 3, Neglect of Animals, a violation of the Crimes Code §5532(a)(1), a Misdemeanor of the 3rd Degree, the Court sentences the Defendant to pay the costs of prosecution and places her on probation for one (1) year under the supervision of the Washington County Adult Probation Office. This sentence shall run consecutively to the sentence at No. 205-2020, and under the same special conditions.

Upon motion of the Commonwealth, the remaining charges are hereby nolle prossed.

In addition to the statutory requirements, the general conditions governing probation and parole in Washington County apply to the Defendant.

The Defendant shall immediately report to the Washington County Adult Probation Office for intake.

(Post-sentencing rights given but not transcribed.)

NOTICE OF GENERAL CONDITIONS OF PROBATION AND PAROLE

1. The Defendant shall report to their Probation or Parole Officer (PO) as directed; and permit their PO to visit them at their residence or place of employment; and

may be subject to warrantless searches of their residence, vehicle, property, and person and the seizure and appropriate disposal of any contraband found.

2. The Defendant shall report to their PO within 24 hours or the next business day after being released from any institution.

3. The Defendant shall only reside at a residence approved by their PO; and the Defendant shall not change their place of residence without the approval of their PO. The Defendant shall not reside with someone who is currently on probation or parole without the approval of their PO.

4. The Defendant shall not travel outside of the Commonwealth of Pennsylvania without a travel permit from their PO.

5. The Defendant shall notify their PO within 72 hours of any change in employment status. Pay stubs must be submitted to verify employment status

6. The Defendant shall abide by a curfew imposed by the Court, to be determined by their PO.

7. The Defendant shall not purchase, use or possess alcoholic beverages, and shall not enter bars or taverns.

8. The Defendant shall not unlawfully possess or use any controlled substances, except as prescribed by a licensed physician for a legitimate, medical need, or as part of a licensed treatment program.

9. The Defendant shall submit to random and periodic testing to determine the use and presence of any illegal substances and alcoholic beverages.

10. The Defendant shall not possess any firearms or offensive weapons in their residence, on their person, or in their vehicle.

11. The Defendant shall refrain from any assaultive, threatening or harassing behavior.

12. The Defendant shall not violate any municipal, state or federal laws, and shall notify their PO immediately of any new arrest, investigation or contact with law enforcement authorities.

13. The Defendant shall pay all fines, costs and restitution imposed by the Court immediately or in accordance with a schedule set forth by the Court or by the Washington County Collections and Disbursement Unit.

14. A Defendant who is required to wear a wrist or ankle monitor shall not remove or tamper with their monitor for any reason. If there is a problem with the monitor, the Defendant shall immediately notify their PO of same. Self-help in the adjustment or removal of a monitor may be considered a violation of their probation or parole.

BY THE COURT,

_____ J.

BRANDON P. NEUMAN, JUDGE