# EXHIBIT I

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY,

PENNSYLVANIA

CRIMINAL DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) | No. CR – 205-2020 |
| | ) | No. CR – 1186-2020 |
| V. | ) | |
| | ) | |
| CHRISTIE DEE HARR | ) | |
| | ) | |
| Defendant. | ) | |

## PLEA OF NOLO CONTENDERE

I, the above-named Defendant, hereby enter my plea of Nolo Contendere on the following count(s) of the Criminal Information:

Grading:

Count  1   NEGLECT OF ANIMALS   5532(A)(1)      M3

Count ___   ~~NEGLECT OF ANIMALS~~       ~~M3~~

Count ___   _____

Count ___   _____

Count ___   _____

I further represent that I enter this plea of Nolo Contendere knowingly, voluntarily and intelligently.

Date: 9/8/2022

Date: SEPTEMBER 8, 2022

_____
Defendant

_____
Attorney for Defendant

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY,
PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,

v.

CHRISTIE DEE HARR

Defendant.

No. CR- 1186-2020

PLEA OF ~~GUILTY~~ Nolo Contendere

I, the above-named Defendant, hereby enter my plea of ~~guilty~~ NOLO CONTENDERE on the following count(s) of the Criminal Information:

| Count | | Grading: |
|---|---|---|
| Count 3 | NEGLECT OF ANIMALS 5532(A)(1) | M3 |
| Count ___ | | |
| Count ___ | | |
| Count ___ | | |
| Count ___ | | |

I further represent that I enter this plea of guilty knowingly, voluntarily and intelligently.

Date: 9/4/2022

Date: SEPTEMBER

_____
(Defendant)

_____
(Attorney for Defendant)

2022 SEP 13 AM 11:44