IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, | ) Civil No. 2:21-cv-01560 WSH |
| Plaintiff, | ) |
| v. | ) |
| WASHINGTON HUMANE SOCIETY, et al, | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## SECOND MOTION FOR EXTENSION OF TIME

AND NOW COMES the Plaintiff, Christie Harr ("Harr"), who files this, her Second Motion for Extension of Time to file Amended Complaint:

1. Harr requests that this Court extend the time to file the Amended Complaint until March 28, 2023, and the response by defendants to April 27, 2023 (14 days additional for all parties).

2. Harr has been working diligently on the Amended Complaint. Considering Defendant HSUS' complaints about incorporation of facts, Harr is making sure that each count contains the necessary facts.

3. In addition, Harr is narrowing the Complaint and will be removing some defendants.

4. Harr needs an additional fourteen (14) days due to the plethora of case law cited by the defendant that requires extensive reading for a *pro se* litigant.

WHEREFORE, Christie Harr respectfully requests until March 28, 2023, to file her Amended Complaint and for the defendants to respond by April 27,, 2023.

Respectfully submitted,


_____*/s/ Christie Harr*_____
Christie Harr
676 Reed Avenue
Monessen PA  15062
(724) 454-9887
christieharr@pm.me

PLAINTIFF

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, | ) Civil No. 2:21-cv-01560 WSH |
| Plaintiff, | ) |
| v. | ) |
| WASHINGTON HUMANE SOCIETY, et al, | ) |
| Defendant. | ) JURY TRIAL DEMANDED |

### ORDER

AND NOW this ___ day of March 2023, upon consideration of the Second Motion for Extension of Time to File Amended Complaint, it is hereby ORDERED, ADJUDGED, and DECREED that said motion is GRANTED.  The Amended Complaint shall be filed by March 28, 2023, and the Answer or Motion to Dismiss by April 27, 2023.

_____
United States District Judge

CERTIFICATE OF SERVICE

I, Christie Harr, certify that the defendant's counsel is a member of this Court's ECF/CM system and will receive notification of the filing of this document through that system.

_____*/s/ Christie Harr*_____
Christie Harr