IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, | Civil Action No: 2:21-cv-1560 |
| Plaintiff, | |
| | Honorable W. Scott Hardy |
| vs. | |
| | Electronically Filed |
| WASHINGTON AREA HUMANE SOCIETY, HUMANE SOCIETY OF THE UNITED STATES, HUMANE ANIMAL RESCUE, ESTATE OF GLEN L. THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | |
| Defendants. | |

**DEFENDANT'S APPENDIX IN SUPPORT OF MOTION TO DISMISS**

**Exhibit A:**   Washington County search warrant

**Exhibit B:**   Westmoreland County search warrant

**Exhibit C:**   Court of Common Pleas of Washington County Order and Opinion dated April 4, 2022, pp. 1-2, 6, 8

**Exhibit D:**   Pleas of Nolo Contendere at Docket Nos. CR-205-2020 and CR-1186-2020

**Exhibit E:**   September 9, 2022 Order of Sentence

**Exhibit F:**   Omnibus Pre-Trial Motion

        Respectfully submitted,

        **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: _____
        Paul D. Krepps, Esquire
        Attorney I.D. No: 73038
        Nathan D. Marinkovich, Esquire
        Attorney I.D. No: 317125
        Union Trust Building, Suite 700
        501 Grant Street
        Pittsburgh, PA 15219
        (412) 803-1149 (Telephone)
        (412) 803-1188 (Fax)
        pdkrepps@mdwcg.com
        **Counsel for Defendant**
        **Humane Animal Rescue**

LEGAL/153155060.v1