# EXHIBIT A

## ORDINANCE NUMBER 1390

## BOROUGH OF DONORA
## WASHINGTON COUNTY, PENNSYLVANIA

AN ORDINANCE OF THE BOROUGH OF DONORA ADOPTING THE 2012 EDITION OF THE INTERNATIONAL PROPERTY MAINTENANCE CODE, REGULATING AND GOVERNING THE CONDITIONS AND MAINTENANCE OF ALL PROPERTY, BUILDINGS AND STRUCTURES; BY PROVIDING THE STANDARDS FOR SUPPLIED UTILITIES AND FACILITIES AND OTHER PHYSICAL THINGS AND CONDITIONS ESSENTIAL TO ENSURE THAT STRUCTURES ARE SAFE, SANITARY AND FIT FOR OCCUPATION AND USE; AND THE CONDEMNATION OF BUILDINGS AND STRUCTURES UNFIT FOR HUMAN OCCUPANCY AND USE, AND THE DEMOLITION OF SUCH EXISTING STRUCTURES IN THE BOROUGH OF DONORA; PROVIDING FOR THE ISSUANCE OF PERMITS AND COLLECTION OF FEES THEREFORE; REPEALING ORDINANCE NOS. 1244, 1303 AND 1330 OF THE BOROUGH OF DONORA AND ALL OTHER ORDINANCES AND PARTS OF THE ORDINANCES IN CONFLICT THEREWITH.

**BE IT ENACTED AND ORDAINED** by the Council of the Borough of Donora, Washington County, Pennsylvania; and it is hereby enacted and ordained by the authority of the same, as follows:

**SECTION 1**. That a certain document, three (3) copies of which are on file in the office of the Secretary/Administrator of the Borough of Donora, being marked and designated as the International Property Maintenance Code, 2012 edition, as published by the International Coder Council, be and is hereby adopted as the Property Maintenance Code of the Borough of Donora, in the Commonwealth of Pennsylvania, for regulating and governing the conditions and maintenance of all property, buildings and structures; by providing the standards for supplied utilities and facilities and other physical things and conditions essential to ensure that structures are safe, sanitary and fit for occupation and use; and the condemnation of buildings and structures unfit for human occupancy and use, and the demolition of such existing structures as herein provided; providing for the issuance of permits and collection of fees therefore; and each and all of the regulations, provisions, penalties, conditions and terms of said Property Maintenance Code on file in the office of the Borough of Donora are hereby referred to, adopted, and made a part hereof, as if fully set out in the ordinance, with the additions, insertions, deletions and changes, if any, prescribed in Section 2 of this Ordinance.

**SECTION 2**. The following sections are hereby revised, amended or deleted as follows:

Section 101.1
The name of the Borough of Donora shall be inserted for jurisdiction.

Section 103.1
Deleted

Section 103.2 – Appointment
The Code Official shall be appointed by the Borough of Donora, and the Code Official may be removed by the Borough Council of Donora.

Section 103.5 – Fees
The fees for activities and services performed by the Department in caring out its responsibilities under this Code shall be as follows: $20.00 for each call plus $20.00 per hour for each call or response. This fee schedule will be amended by Resolution of the Borough Council from time to time as may be needed, and set fee schedule shall be inserted in the Ordinance.

Section 106.3 – Prosecution of Violation
Any person failing to comply with a Notice of Violation or Order served in accordance with Section 107, upon being found guilty, shall be assessed a fine of no less than $100.00 and no more than $300.00, with each day the violation continues being counted as a separate violation.

Section 106.4 – Violation Penalties
Any person who shall violate a provision of this Code, shall be fined a minimum of $100.00, up to a maximum of $300.00, for each violation thereof. Each day that a violation continues after due notice has been served shall be deemed a separate offense.

Section 108.4.1 – Placard Removal
The Code Official shall remove the condemnation placard whenever the defect or defects upon which the condemnation and placarding action were based have been eliminated. Any person who defaces or removes a condemnation placard without the approval of the Code Official shall be subject to a fine of $100.00.

Section 111.2.5 – Compensation of Members
Deleted

Section 112.4 – Failure to comply
Any person who shall continue any work after having been served with a stop work order, except such work as that person is directed to perform to remove a violation or unsafe condition, shall be liable to a fine of not less than $100.00 or more than $300.00.

Section 302.4 – Vegetation
The height of ten (10) inches shall be used where it states jurisdiction to insert height in inches. The remainder of 302.4 shall remain as is.

Section 304.14 – Insect screens
Deleted

**Section 3**. That Ordinance No. 1303 of the Borough of Donora and all other ordinances or parts of ordinances in conflict herewith are hereby repealed.

**Section 4**. That if any section, subsection, sentence, clause or phrase of this ordinance is, for any reason, held to be unconstitutional, such decision shall not affect the validity of the remaining portions of this ordinance. The Council hereby declares that it would have passed this ordinance, and each section, subsection, sentence, clause or phrase thereof, irrespective of the fact that any one or more section, subsection, sentence, clause or phrase be declared unconstitutional.

**Section 5**. That nothing in this ordinance or in the Property Maintenance Code hereby adopted shall be construed to affect any suit or proceeding impending in any court, or any rights, acquired, or liability incurred, or any cause or causes of action acquired or existing under any act or ordinance hereby repealed as cited in Section 3 of this ordinance, nor shall any just or legal right or remedy of any character be lost, impaired or affected by this ordinance.

**Section 6**. That this ordinance and the rules, regulations, provisions, requirements, orders and matters established and adopted hereby shall take effect and be in full force and effective from August 09, 2018 from and after the date of its final passage and adoption.

**ADOPTED** this 9th day of August, 2018.

**ATTEST:**                          **BOROUGH OF DONORA**

_[signature]_                      _[signature]_
Borough Administrator/Treasurer/Secretary      P. Jane Ackerman, President of Council

**EXAMINED AND APPROVED**, this 9TH day of August, 2018.

_[signature]_                      _[signature]_
Borough Administrator/Treasurer/Secretary      James McDonough, II, Mayor