# EXHIBIT "A"

| Commonwealth of Pennsylvania | | APPLICATION FOR **SEARCH WARRANT** AND AUTHORIZATION |
|---|---|---|
| **COUNTY OF** Washington | | |

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|
| Glen Thomson **AFFIANT NAME** | Washington Area Humane Society **AGENCY** | (724) 470-9711 **PHONE NUMBER** | 10/28/19 **DATE OF APPLICATION** |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** *(Be as specific as possible)*:

With respect to the location named below, Your Affiant requests authorization to search all buildings, cutilage, outbuildings attached or unattached, surrounding areas, other structures, all vehicles or trailers used for the transport of animals, and any place where animals may be confined for evidence of unlawful cruelty to animals pusuant to 18 Pa.C.S. 55 Subch. B.
The Washington Area Humane Society and HSUS requests approval to use body cam and photography to document the events.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** *(Street and No., Apt. No., Vehicle, Safe Deposit Box, etc.)*:

320 2nd St. Donora, PA. 15033-1551

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED** *(If proper name is unknown, give alias and/or description)*:

Owner, Gene Jeffries. Occupant, Chris Harr.

| VIOLATION OF *(Describe conduct or specify statute)*: | DATE(S) OF VIOLATION: |
|---|---|
| 18:5532 and 18:5534 | Jan 26th 2016 — Oct 28 2019 |

☒ **Warrant Application Approved by District Attorney – DA File No. _____**
(If DA approval required per Pa.R.Crim.P. 202(A) with assigned File No. per Pa.R.Crim.P. 507)
☐ *Additional Pages Attached (Other than Affidavit of Probable Cause)*

☐ *Probable Cause Affidavit(s) MUST be attached (unless sealed below)*   Total number of pages: _____

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that the items or property identified are evidence or the fruit of a crime, or are contraband, or are expected to be otherwise unlawfully possessed or subject to seizure, and that these items or property are or are expected to be located on the particular person or at the particular place described above. I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

| | | |
|---|---|---|
| **Signature of Affiant** | Washington Area Humane Society **Agency or Address if Private Affiant** | 577 **Badge Number** |

Sworn to and subscribed before me this 29ᵗʰ day of OCTOBER, 2019. Mag. Dist. No. 27-1-02

604 B Park Ave. Monongahela, Pa. 15063 (SEAL)

**Signature of Issuing Authority**      **Office Address**

**SEARCH WARRANT**
TO LAW ENFORCEMENT OFFICER.

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☑ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*

☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than: **
1:55 P. M, o'clock OCTOBER 31ST 2019

☐ This Warrant shall be returned to judicial officer _____.

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(4).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(7).

Issued under my hand this 29ᵗʰ day of OCTOBER, 2019 at 1:55. P. M, o'clock.

| | | |
|---|---|---|
| **Signature of Issuing Authority** | 27-1-02 **Mag. Dist. or Judicial Dist. No.** | 1st mon. Jan. 2029 **Date Commission Expires** (SEAL) |

Title of Issuing Authority: ☑ Magisterial District Judge ☐ Common Pleas Judge ☐ _____

☐ *For good cause stated in the affidavit(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 211)*

_____   _____ (Date)   (SEAL)
**Signature of Issuing Authority** (Judge of the Court of Common Pleas or Appellate Court Justice or Judge).

TO BE COMPLETED BY THE ISSUING AUTHORITY

1

# Commonwealth of Pennsylvania

**COUNTY OF** WASHINGTON



# AFFIDAVIT OF
# PROBABLE CAUSE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

## PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:

Your affiant, Officer Glen Thomson, is a humane society police officer, Badge No. 577, ORI No. AC630021, holding a current appointment with the Commonwealth to act as a humane society officer for the prevention of cruelty to animals pursuant the statutory authority conferred under 22 Pa.C.S.A. §§ 3701-3718.

I have been employed as a humane society police officer by the Washington Area Humane Society for three years. Every year I investigate more than 500 complaints of animal cruelty ranging from neglect to abuse and hoarding.

I have the power and authority to exercise the powers conferred under 18 Pa.C.S. Ch. 55 Subch. B (relating to cruelty to animals) in enforcement of animal cruelty laws in the county where I was appointed pursuant to 22 Pa.C.S.A. § 3708(a). Pennsylvania statutes that criminalize cruelty to animals also vest me with the same powers to initiate criminal proceedings provided for police officers by the Pennsylvania Rules of Criminal Procedure and to enjoin violations. 18 Pa.C.S.A. § 5551.

I am also authorized to obtain search warrants for buildings and enclosures where criminal cruelty violations have occurred or are occurring, to seize evidence related to such crimes, including, but not limited to, the animals who are victims of the prohibited conduct. 18 Pa.C.S.A. § 5553.

Section 5553 further provides that seized animals can receive reasonably necessary care including euthanasia when they are beyond reasonable hope of recovery. Costs of keeping, caring, and euthanasia of animals seized under § 5553 shall be paid by the owner and such claims shall constitute a lien upon the animals.

When criminal charges have been filed, seized animals are subject to Pennsylvania's Costs of Care of Seized Animal Act, ("the Act"), 18 P.S. §§ 30.1–30.10. The Act allows humane society's, animal welfare organizations, and/or municipal officers to file a petition in a civil proceeding that is separate from the criminal case for an order requiring the owner to pay costs of care for the duration of the pending proceedings requiring the seized animals to be held in protective custody.

I. THE UNDERSIGNED AFFIANT, BEING A DULY APPOINTED HUMANE SOCIETY POLICE OFFICER AND BEING DULY SWORN, ON OATH MAKES THE FOLLOWING STATEMENTS:

(a) There are two locations which are the subject of an ongoing pattern of criminal conduct including an attempt to evade enforcement by relocating to a new county so that the criminal conduct can continue. The properties are in Washington County and are described and located as follows:

(1) 320 2ND ST., DONORA, PA 15033-1551 in WASHINGTON COUNTY;

(2) 676 REED AVE., MONESSEN, PA 15062-1031 in WESTMORELAND COUNTY.

(b) The Washington County property is listed as a residential and business address and includes the residence, including any outbuildings and appurtenances thereto, located at 320 2ND ST., DONORA, PA 15033-1551 as well as the business address located at 320 2ND ST. BUILDING B, DONORA, PA 15033-1551, including any outbuildings and appurtenances thereto.

(c) Tax assessor records describe the property located at 320 2ND ST., DONORA, PA 15033-1551 as a commercial property, Assessor's Parcel No. 2400270003001200, lot acreage 0.7180, and the Legal Description is: LTS 27 THRU 31 INC MULTI BUILDINGS.

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.   I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

| _Affiant Signature_ | _Date_ | _Issuing Authority Signature_ | (SEAL) _Date_ |
|---|---|---|---|

2



**Commonwealth of Pennsylvania**

COUNTY OF  washington

**AFFIDAVIT OF**
**PROBABLE CAUSE**
CONTINUATION PAGE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

*AFFIDAVIT OF PROBABLE CAUSE CONTINUATION*

(d) A search of public records and tax assessor records have not identified a separate property located at 320 2ND ST., DONORA, PA 15033-1551 known as "BUILDING B." Photos of the property available on the tax assessor's website depict two buildings located on the parcel. The "Main Building" is a residential structure built in 1910. The "Commercial" property is categorized as "RELIGIOUS" under the assessor's structure code. The tax assessor photos for the buildings occupying the parcel are provided below along with a satellite photo depicting the parcel and the layout of the buildings. (See Attachment A)

(e) The property located at 676 REED AVE., MONESSEN, PA 15062-1031 in WESTMORELAND COUNTY, Assessor's Parcel Number: 20-02-02-0-361, is described in tax assessor records as SINGLE FAMILY RESIDENCE – TOWNHOUSE, Land Use is Residential. The land acreage is 0.2755. Various images of the property and the parcel are provided below:  (See attachment B)

676 REED AVE., MONESSEN, PA 15062-1031 in WESTMORELAND COUNTY,
Tax Assessor's Parcel Number: 20-02-02-0-361

II. SAID SUSPECTED LOCATIONS ARE EITHER CONTROLLED OR IN THE POSSESSION OF THE FOLLOWING PARTIES WHO HAVE ACCESS TO AND ARE IN CUSTODY OF EVIDENCE, TO WIT:

(a) Christie D. Harr, is the Owner, Founder, and Chief Executive Officer of "Animal Orphans Animal Rescue and Pet Sanctuary" a registered domestic nonprofit organization. Documents filed with the Pennsylvania Department of State Corporation Bureau in 2010 include an Application for Registration of Fictitious Name submitted by Christie D. Harr, address 320 2nd Street; Donora, PA 15033. The Application for Registration of Fictitious Name was for an entity known as: "Animal Orphans Animal Rescue and Pet Sanctuary" and the address listed as the "principal place of business" was: 320 2ndStreet, Building B; Donora PA, 15033." Christie D. Harr of 320 2nd St. Donora PA 15033 is listed as the "individual interested in the business[.]" AOAR's website directs visitors to send donations to 320 2nd Street, Donora, PA 15033.

(b) Christie D. Harr, is the Owner, Founder, and Chief Executive Officer of "Animal Orphans Animal Rescue and Pet Sanctuary" a registered domestic nonprofit organization who has acquired a residential property located at 676 REED AVE., MONESSEN, PA 15062-1031 in WESTMORELAND COUNTY. According to various published statements on social media, Harr is seeking to relocate her so-called sanctuary to the location is Westmoreland County. It is unclear how many animals have been transferred to the new residence, but Harr has represented to law enforcement that she has relocated some of the animals who have been or are currently enduring conditions that violate the cruelty statutes in this state.

III. IT IS THE BELIEF OF AFFIANT, AND AFFIANT HEREBY STATES THAT SAID SUSPECTED PARTY HAS POSSESSION OF AND IS CONCEALING AT SAID SUSPECTED PLACES IN VIOLATION OF THE LAWS OF PENNSYLVANIA THE FOLLOWING DESCRIBED ANIMALS AND PERSONAL PROPERTY, TO WIT:

(a) Domestic and other felines, of varying ages, and in varying states of health or injury.

(b) Computer graphic file(s) and visual image(s) depiction(s), and any other computer graphic files.

*Affiant Signature*

**Commonwealth of Pennsylvania**

COUNTY OF washington



**AFFIDAVIT OF PROBABLE CAUSE CONTINUATION PAGE**

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

*AFFIDAVIT OF PROBABLE CAUSE CONTINUATION*

(c) Computer hardware, that is, all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes (but is not limited to) any data processing devices (such as central processing units, memory typewriters, and self-contained laptop or notebook computers); internal and peripheral storage devices such as computer disks, magnetic media, floppy disks, tape systems, hard drives, disk drives, tape drives, transistor-like binary devices, and other memory storage devices; and any externally attached peripheral input/output devices such as keyboards, printers, scanners, plotters, video display monitors, and optical readers; and related communications devices such as modems, cables and connections, recording equipment, RAM or ROM units, acoustic couplers, automatic dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices; as well as any devised, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

(d) Business records, correspondence, notes, papers, ledgers, personal telephone and address books, telephone toll records, telephone message slips, memoranda, facsimiles, documents which reflect, purchase, transmission and/or distribution of material.

(e) Any photographs, negatives, photographic slides, videotapes, or other visual depictions or equipment including materials stored on cellular phones, computer hard drives, or other devices used to store, transmit, or document such media.

(f) Any cellular phone(s) that can transmit and receive text messages using various text message applications, E-mails, Facebook, Twitter, and other messages.

(g) Any medications, poisons, narcotics or other materials used for veterinary purposes and treatment records related thereto.

IV. AFFIANT HAS PROBABLE CAUSE TO BELIEVE VIOLATIONS OF PENNSYLVANIA'S CRUELTY TO ANIMALS STATUTE HAVE BEEN AND ARE CONTINUING TO OCCUR BY REASON OF THE FOLLOWING FACTS AND CIRCUMSTANCES.

(a) On Jan. 26, 2016 at approximately 2:00 P.M. I received a call from an unknown individual who claimed cats were being mistreated at the address of 320 2nd St. in Donora, PA. The caller claimed there was at least 100 cats in the church on the property. At approximately 3:00 P.M. that same day, I arrived at the above address and made contact with the owner, Christie "Chris" Harr. Harr explained that she was a non-profit cat rescue and she housed the cats in the church.

(b) When I first arrived at the property, I noticed the roof of the church was collapsing. Chris told me she was talking with contractors to get it repaired (discussed in more detail below).

(c) Chris allowed me to enter the church to check on the cats. Upon entering the church I witnessed approximately 100 cats inside the main room of the church. Some were in cages and some were running loose.

*Affiant Signature*

**Commonwealth of Pennsylvania**

COUNTY OF  washington



**AFFIDAVIT OF
PROBABLE CAUSE
CONTINUATION PAGE**

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

*AFFIDAVIT OF PROBABLE CAUSE CONTINUATION*

(d) While there I observed a lot of fur stuck to the interior and exterior of the cages. This indicated a lack of sanitary conditions for the cats confined in cages and an overall failure to adhere to routine sanitation practices for animals confined in cages. Significant accumulations of fur on cages takes time and raises concerns that animals are left in cages for extended periods of time where they cannot perform natural movements or engage in exercise or appropriate behaviors.

(e) Some of the cats showed physically observable signs of upper respiratory infections including cats who had discharge from their eyes and noses and other symptoms such as coughing. Upper respiratory infections in cats are highly infectious and contagious and spread easily when cats are housed in groups. Upper respiratory infections are more common in animals housed in unsanitary conditions and are more often seen in those living in unsanitary conditions, crowded conditions, and cats suffering from immunosuppression caused by feline leukemia or feline immunodeficiency virus. Some of the cats also had other serious health problems. The cats had severe diarrhea. In almost every single cage we saw massive amounts of diarrhea. Chris Harr claimed that was from grain free diet. Most of the cats had mucus discharge coming out of nose and eyes. On close inspection the cats had ear mites. Many cats had matted fur and mucus like material on fur. Food was all over the floor appearing that is was regurgitated. All of these point to potential illnesses including giardia, ear mites, and other parasites in intestine and stomach.

(f) I told Chris to clean up, to sanitize the cages and remove the accumulations of hair on the cages, and to take the sick and injured cats to a veterinarian.

(g) Chris responded, by explaining the substandard conditions were because she was the only person caring for the cats.

(h) On Nov. 18, 2015 AORA posted a photo on its Facebook page showing some of the interior roof damage on the roof: (See Attachment C)

(i) On Feb 27, 2016 AORA posted a desperate plea for help regarding the collapsing roof: "I am reaching out in shear desperation! I need a licensed & insured roofer that can do an invisible seamed metal roof on the church that is now our animal rescue. I have gone to several dozen roofers now. They either say no outright or lead me to believe that they are working on an estimate that, months later, they never produce.

There are grants I can apply for to pay for the roof but I need a list of supplies & a labor estimate to submit in order to be considered for such a grant. I will get an approval or refusal within 45 days of submitting the application. Is anyone willing to take the job?

It's now or never. It has to be fixed this spring or the city will force me to tear the building down & the rescue will close & all the animals will be euthanized. This is the end of the road for Animal Orphans Animal Rescue & Pet Sanctuary unless someone takes the job!"

*Affiant Signature*

Page ___ of ___

# Commonwealth of Pennsylvania

**COUNTY OF** washington



# AFFIDAVIT OF PROBABLE CAUSE
## CONTINUATION PAGE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

### AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

(j) On Jan. 23, 2017 I received a call from Chris Harr who claimed another rescue (Homeless Cat Management Team) stole some of her cats. I investigated the matter and learned that Chris owed money to the Homeless Cat Management Team for veterinary care the Homeless Cat Management Team had provided for some of the cats. Chris refused to repay the debts she incurred for the treatment of the cats who were sick and injured and the Homeless Cat Management Team refused to return the animals until Chris resolved the debt. I informed Chris that she would have to go to police since the matter appeared to involve claims of criminal conduct and allegations of stolen property. This incident caused me to begin investigating the conditions of the animals confined in the dilapidated property where Chris ran her so-called rescue.

(k) On April 22, 2017 Chris Harr contacted the Washington Area Humane Society to surrender ownership of approximately 100-200 cats her organization had acquired. Chris said she needed to surrender the cats because she had too many and could not properly care for them all by herself.

(l) In response to Chris' request to relinquish 100-200 cats, I proceeded to access a network of "no-kill" rescues and shelters and began making plans with these entities to take the cats and care for them. However, when the time came for Chris to surrender the cats she could not care for, Chris stated she had changed her mind and did not want to accept the help we had gone to great lengths to secure.

(m) On June 19, 2018, I received a fax from Michele Harris from the Borough of Donora code enforcement. The fax consisted of multiple failures to comply with code enforcement regarding garbage pile up and the state of the building's decay.

(n) On June 20, 2018 at approximately 1:40 P.M. I called Chris Harr and we spoke over the phone. Chris told me there were approximately 80 cats in the church and explained that the exposed roof had not been repaired. Chris claimed she had contacted 120 roofers to repair the damage that left the building exposed to the elements but said she had not been able to find anyone willing to make the repairs.

(o) Later that day I obtained a warrant to enter the property with a veterinarian to assess the conditions and health of the cats in the church and to obtain an accurate count of the number of animals confined inside. I spoke to Chris, reiterated my prior instructions at my last visit where Chris agreed to obtain veterinary care for the cats and to maintain a healthy population but that it appeared, she failed to take the necessary actions and it seemed nothing had changed.

(p) On Aug. 18, 2019, AORA made a Facebook post concerning HCMT accusing the HCMT "cronies" of filing "false complaints" which lead to another inspection. Kelly Proudfit responded saying the Washington Area Humane Society had received numerous complaints and offered to meet with Chris and Glen Thompson to discuss the situation and plans to move the animals.

(q) Chris Harr, the apparent author of the comment posted by AORA on Aug. 17, 2019, lambasted Ms. Proudfit and said: "We are doing nothing wrong but I will invite you in again just like I did last time so there is no need to obtain another illegal warrant from a notoriously crooked judge this time, just like there was no need to do it last time." The relevant portion of the post from Aug. 17, 2019 is pasted below:

**Affiant Signature**

| Commonwealth of Pennsylvania | | AFFIDAVIT OF PROBABLE CAUSE CONTINUATION PAGE |
|---|---|---|
| COUNTY OF washington |  | |

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

### AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

but not limited to, neglect under 18 Pa.C.S.A. § 5532, cruelty to animals under 18 Pa.C.S.A. § 5533, and aggravated cruelty under 18 Pa.C.S.A. § 5534.

(s) The cumulative and ongoing nature of the crimes combined with the owner's refusal to correct the conditions and refusal to accept help lead to the execution of a discovery search warrant on June 22, 2018. The search was executed by myself, veterinarian Dr. Friend, and veterinary technician Chelesei Fleegal.

(t) Dr. Friend documented 104 cats in the church.

(u) Conditions had substantially deteriorated since my 2016 visit. There were no signs of visible progress and the conditions in the building were far worse.

(v) Most of the cats had signs of ear mite infestations and physically observable symptoms of untreated upper respiratory infections.

(w) We seized a cat named Linus who was so ill we feared he would perish without immediate veterinary care.

(x) Chris agreed to bring six cats in need or surgery and vaccinations in an effort to show she was cooperating with our efforts to address cats in immediate distress within five days, by June 25, 2018.

(y) Chris brought the cats in for treatment. All presented with ear mites, and appeared dirty and showed signs of poor health. The cats Chris brought in were named Mateo, Linus, No Name, Dotersy, Cuddles, and Catniss. All were spayed or neutered with the exception of Linus.

(z) Linus was a very sick cat and tested positive for Feline Leukemia. Feline Leukemia virus causes a highly contagious and potentially fatal retroviral infection that weakens a cat's immune system, making him susceptible to illness and secondary infections.

(aa) Linus was so ill and weakened from his untreated illness that he wasn't a safe candidate for surgery to neuter him. When this was relayed to Chris she became agitated and angry. We asked Chris to surrender the seven sick and injured cats to the Washington Area Humane Society so that we could provide the cats with the rehabilitative and supportive care they needed. Chris refused to allow the cats to receive the care we offered to provide and as she became increasingly agitated Chris said we would kill the cats. Kelly, whose office is

near the front desk, attempted to deescalate the situation by assuring Chris her fears were unwarranted and to let us provide the life-saving care the cats needed as we had initially agreed to do. Chris refused, demanded that all current care be withheld and ceased and left with all the cats, including Linus.

(bb) The Washington Area Humane Society lacked the resources to intervene given the magnitude of the problem, including housing and caring for more than 100 sick and injured cats. At the time we were in the middle of "kitten season" and were already overwhelmed and operating at maximum capacity. Without Chris Harr willing to cooperate the shelter could not seize the animals as it would shut the shelter down. We pursued additional sources of potential help but were ultimately unsuccessful.

**Affiant Signature**

Page ___ of ___

## Commonwealth of Pennsylvania

COUNTY OF  washington



## AFFIDAVIT OF PROBABLE CAUSE
### CONTINUATION PAGE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

### AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

(cc) On May 3, 2019 I received an email from a concerned citizen (Rivky Blumberger) regarding the cats at the address of 320 2nd St. Donora PA. Ms. Blumberger claimed to have spoken to Chris Harr about some of her cats that had stomatitis, a severe dental issue that causes extremely painful symptoms that can hinder eating, sometimes leading to dehydration and malnutrition.

(dd) Ms. Blumberger offered to help by paying for some surgeries and other needed procedures for a few of the cats, Which Chris Harr accepted. Ms. Blumberger booked a dental for one of the cats for July 17, 2019. On July 2, 2019 Chris Harr allegedly backed out of the appointment, claiming that it was a trap.

(ee) On August 22, 2019 my director had a phone conversation with Chris Harr. Chris told my director she has 140+ cats. Around 120 in the church, 19 in her house and 3 dogs. She said she has no treatment plans for cats and she can't get veterinarians to help and said no one will help her. Chris said the church is caving in, she is in debt, and is using credit cards to avoid paying for services rendered. Chris said she owes back taxes and only has two people to help her relocate the cats to the facility in Monesson.

(ff) Chris said she purchased the new property using money from a settlement she obtained resulting from a worker's compensation claim. Chris admitted that none of the cats have current rabies vaccines and that she stockpiles veterinary medications which she uses to treat the cats without veterinary supervision. Chris said she had a surgery scheduled for August 30 and would have all the cats moved to a new jurisdiction by then. Chris admitted the conditions were poor but stated the cats were fine.

(gg) On August 26, 2019, my executive director of WAHS, Kelly Proudfit, and I visited the Donora Church property. We were escorted by a Donora police officer. We knocked on the front door of Chris Harr's house. When she opened the door the smell of feces and ammonia was overwhelming. Chris came outside with her mother to talk to us and quickly shut the door behind her so we could not see into the house. We heard barking from inside the house. Chris agreed to show us the cats in the church. She asked us to wait until she was ready. We waited in the parking lot and her father showed up and he talked with us.

(hh) After about 20 minutes Chris finally came outside. She led us through her back yard past piles of garbage bags full of cat food cans. She took us to the front entrance of the church and unlocked large doors held shut with chains and padlocks. Inside the entry to the church were stacks and stacks of food and other garbage. She unlocked inner doors to another room. Inside this room. (See pictures at Attachment B). There were roughly 88 cats. We stopped counting at 88.

(ii) The majority of the cats were caged. Roughly 18-20 cats were running free. The water in the cages was filthy. The smell of feces and ammonia was very evident. The cages were coated in fur, rust and debris. Many of the cats I recognized from our visit in 2018. Many had diarrhea in their litter boxes, crusted eyes, and dirty fur. Along the back left wall, the floor was covered in feces. Additionally, we noticed many piles of regurgitated food all along the floor area. The ceiling above was clearly water damaged from the damaged roof. Chris moved all the cats to the center of the room so that they were not under the water leaking from the ceiling. (See attachment E)

*Affiant Signature*

## Commonwealth of Pennsylvania

COUNTY OF washington



## AFFIDAVIT OF PROBABLE CAUSE
CONTINUATION PAGE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
| --- | --- | --- |

### AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

(jj) Chris took Kelly Proudfit up into the main area of the church so she could see the damage to the roof. She once again told Kelly that she has approximately another 40 cats in her house and four dogs. (See attachment F)

(kk) After we left the church we went outside. Chris Harr's father was gone. She then offered to take us to her new house she purchased in Monessen 10 miles away to show us how she is moving these cats to the new location. We agreed and followed her. Upon arrival at 676 Reed Ave, Monessen PA 15062 Chris took us inside her home. When we entered there were 15 cat carriers with cats inside None of the cats had water or food. Some carriers had 2-3 kittens. We heard a dog barking upstairs. One of the cats looked familiar. Kelly asked if it was Linus. Chris answered yes and took him out of the cat carrier. He was coated in mucus and filth and appeared very sick. Chris had brought Linus to us a year prior to have neuter surgery. He was very sick and we tried to get her to surrender him in 2018 without success. Chris said he was doing great and just needed a bath. On leaving the Reed Avenue home we heard a dog barking from upstairs. Chris told us that was one of her dogs she has who she keeps upstairs. (See attachment G)

(ll) The front room of the new house was filled with piles of junk. When we asked what it was all for Chris said it was her office for her rescue and all her fundraising items.

(mm) We asked if she had moved the animals to the new location and she said they were moving them that day. We felt it was staged to look that way but nothing in the house suggested the property was ready.

(nn) Chris told Kelly on a prior phone call that the county code enforcement  hadn't approved her to move in to the new property yet. AORA posted a comment on Facebook that appears to confirm this statement: see attachment H)

(oo) October 27th, 2019 Chris Harr posted on her website that she still needed cages for her rescue and no one had purchased items for her rescue. She could no longer operate if she didn't get new cages and needed items. The address the wish list ships to is the 676 Reed Avenue, Monessen, PA. Additionally the address listed as the rescue address on her Facebook page is the Reed Avenue address.

(pp) October 28, 2019, Donora Code enforcement officer Kenny went to the church property to do a routine inspection.  The code enforcement officer reported a strong odor of urine and feces outside the church. He also saw a gray tabby cat and an orange tabby cat roaming the property. Chris Harr was not answering the door but her car was there. He took photos of the roof that showed no improvement or efforts to fix.  Later that day director Kelly Proudfit and this affiant drove by the church property. We saw a gray tabby cat run from direction of the Victorian house, stop and look at us, and then run into the bushes. We also noticed a large amount of white garbage bags piled on her front porch. These were the same type we saw when we went in August 2019, and they were full of metal cat food tins empty. Immediately leaving the Donora property we drove to 676 Reed Avenue, Monessen, PA 15062-1031. We did not see any activity at this property, although we observed all windows were covered and a camera points at front door. Neighbors were outside directly across the street at 689 Reed Avenue. We drove down and spoke to the owner and his daughter. She was busy getting her young child on a bus. She told us she hears cats meowing as recent as last week. She said they meow loudly from inside the house. She said that sometimes it sounds like they are fighting in the house or the sound of cats fighting. She said she heard it is a cat rescue, but has not seen the owner at all.

**Affiant Signature**

# Commonwealth of Pennsylvania

COUNTY OF  washington



# AFFIDAVIT OF
# PROBABLE CAUSE
CONTINUATION PAGE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
| --- | --- | --- |

### AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

V. THESE FACTS AND CIRCUMSTANCES FORM THE BASIS FOR THE AFFIANT'S CONCLUSION THAT THERE IS PROBABLE CAUSE TO BELIEVE THE ITEMS OF PROPERTY AND EVIDENCE OF THE CRIMES ARE EXPECTED TO BE UNLAWFULLY POSSESSED AND SUBJECT TO SEIZURE AT THE LOCATIONS AND PARTICULAR PLACES DESCRIBED HEREIN.

PLACES TO BE SEARCHED

(1) 320 2ND ST., DONORA, PA 15033-1551 in WASHINGTON COUNTY; as described on the Tax Assessor's website which describes two parcels filed under the same parcel number. The first parcel is described as COMMERCIAL, Front Footage 66, Depth 100, Calculated Acres 0.178, Description: LTS 27 THRU 31 INC.MULTI BUILDINGS. The second parcel is classified as RESIDENTIAL, Front Footage 170, Depth 157, Calculated Acres 1.0478, Description: LOTS 23 THRU 26 & 32; and,

(2) 676 REED AVE., MONESSEN, PA 15062-1031 in WESTMORELAND COUNTY, including the property as described in the legal description in the deed of conveyance, Instrument: 201809050028313, to wit: UPI: 20-00830-00000, Sub: MONESSEN, Lt: 234 236, Muni: MONESSEN CITY, Tax Map ID: 20-02-02-0-361.

PROPERTY TO BE SEARCHED FOR AND SEIZED

(3) With respect to the locations named above, your Affiant requests authorization to search all buildings, curtilage, outbuildings attached or unattached, surrounding areas, other structures, all vehicles or trailers used for the transport of animals, and any place where animals may be confined for evidence of unlawful cruelty to animals pursuant to 18 Pa.C.S. Ch. 55 Subch. B.

(4) All animals living or deceased, born or unborn, above or below the ground, contained or free roaming, inside or outside. All cages, crates, containers, or other items or objects that could be used for the confinement or shelter of an animal. All related animal records written or electronically kept (e.g. cell phones, tablets, computers, CD's DVD's, thumb drives) including medical treatment, drugs and other prescribed items, intake or export, sales receipts, food and water bills, proof of ownership documents, care and boarding contracts and agreements, and photographs and videos. Any and all implements for the training, breeding, care, medical treatment, control or transport of animals. All food, supplies, medications. And all documents, communications, and correspondence, however stored, related to the operations of Animal Orphans Animal Rescue and its Founder and CEO, Christie Harr.

(5) The Washington Area Humane Society (WAHS) and its lone humane police officer lack the resources, personnel, and equipment to safely carry out such a large-scale animal seizure operation involving more than 100 sick, injured, infectious, contagious, and cruelly treated animals who are expected to be seized and require provide temporary sheltering, treatment, and rehabilitation.

(6) WAHS has requested assisted from the Humane Society of the United States' Animal Rescue Team to prove law enforcement aid and assistance in executing the warrant. This operation involves the potential seizure of more than a hundred animals in need of immediate and urgent intervention. Given the scope and scale of the operation, WAHS and all participating law enforcement agencies will require personnel with training and expertise in forensic documentation of cruelty with photos and videos, animal handling, animal triage, systematic identification and impound protocols, and safe transport to the temporary shelter in climate-controlled vehicles. Agents with the Humane Society Animal Rescue Team will document conditions with photos and video.

Affiant Signature  10034

Page ___ of ___

**Commonwealth of Pennsylvania**

COUNTY OF  washington



**AFFIDAVIT OF
PROBABLE CAUSE**
CONTINUATION PAGE

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

### AFFIDAVIT OF PROBABLE CAUSE CONTINUATION

(7) Civilians participating in the seizure at the request of WAHS will operate under the supervision and direction of law enforcement to aid in executing the warrant. These civilians will include members of the Humane Society of the United States Animal Rescue and Disaster Response Team, on-site veterinarians, and WAHS personnel.

(8) The Washington Area Humane Society requests approval to use body cam and photogr

*Affiant Signature*  10034

Page ___ of ___

| **Commonwealth of Pennsylvania** | | **APPLICATION FOR SEARCH WARRANT** |
|---|---|---|
| **COUNTY OF** Washington | | **CONTINUATION PAGES** |

| Docket Number (Issuing Authority): | Police Incident Number: 300-2019 | Warrant Control Number: |
|---|---|---|

### Continuation of:

| ☐ Items to be searched and seized | ☒ Description of premises/person(s) to be searched | ☐ Owner/ Occupant | ☐ Violations |
|---|---|---|---|

(1)    320 2ND ST., DONORA, PA 15033-1551 in WASHINGTON COUNTY;

(a)    The Washington County property is listed as a residential and business address and includes the residence, including any outbuildings and appurtenances thereto, located at 320 2ND ST., DONORA, PA 15033-1551 as well as the business address located at 320 2ND ST. BUILDING B, DONORA, PA 15033-1551, including any outbuildings and appurtenances thereto.

(b)    Tax assessor records describe the property located at 320 2ND ST., DONORA, PA 15033-1551 as a commercial property, Assessor's Parcel No. 2400270003001200, lot acreage 0.7180, and the Legal Description is: LTS 27 THRU 31 INC MULTI BUILDINGS.

(c)    A search of public records and tax assessor records have not identified a separate property located at 320 2ND ST., DONORA, PA 15033-1551 known as "BUILDING B." Photos of the property available on the tax assessor's website depict two buildings located on the parcel. The "Main Building" is a residential structure built in 1910. The "Commercial" property is categorized as "RELIGIOUS" under the assessor's structure code. The tax assessor photos for the buildings occupying the parcel are provided below along with a satellite photo depicting the parcel and the layout of the buildings.



240-027-00-03-0012-00  04/21/2014

The main residential building.



240-027-00-03-0012-00  04/21/2014

The commercial building.

## ATTACHMENT A



2400270003001200  320 SECOND ST DONORA

The main residential building.

The main commercial building.

## ATTACHMENT B



## ATTACHMENT C



## ATTACHMENT G



Cat Named Linus



Carriers on floor at Reed Address

## ATTACHMENT H

 **Animal Orphans Animal Rescue & Pet Sanctuary** It is a non-profit organization and therefore can be ran out of a residential building. There was no one to ask when I bought the building because the entire city council had been fired and we're eventually replaced. I looked up what ordinance that I could find. There didn't seem to be any stipulations pertaining to cats. I did talk with the new ordinance officer after the fact and all seemed well but someone called a complaint into his supervisor and now he's being ordered to investigate. I ran the rescue for 11 years out of a building zoned residential in Donora. Although the council was not happy about it, there was nothing they could do because I wasn't breaking any ordinance codes.

Like   Reply   15w

**ATTACHMENT F**



## ATTACHMENT D

to move. We are doing nothing wrong but I will invite you in again just like I did last time so there is no need to obtain another illegal warrant from a notoriously crooked judge this time, just like there was no need to do it last time either. I'm just letting you know that this time the entire ordeal will be video taped and there will be several witnesses present since Glenn likes to change his story in order to get warrants. I wouldn't do any of this if I didn't feel I was being wrongfully persecuted.

[1] The full Facebook post is *available at* https://www.facebook.com/AOAR.org/photos/a.108416592830 2902/2639778636074949/?type=3&theater (last accessed Oct. 27, 2019).

## ATTACHMENT E

  



**3:31** ◄ Animal Orphans Animal Re...

Home   About   Events   Photos   Videos

~~I can't say "Thank you enough! This person is~~
truly selfless. We were able to stop all our
shut off notices, pay our fall taxes, order
cages, order medical supplies and a woods
Lamp, get a used refrigerator for the
volunteer room, get the parts to get the "cat
mobile" back on the road and so much more!
Your kindness is beyond words. Sending
LOVE to wherever you may be!

So now we need everyone else to get
involved with a $5 monthly donation so that
we don't fall behind again. If everyone does a
little, no one needs to do a lot!

Bless all our supporters, big and small! We
could never do this without each and
everyone of your generosity and kindness.

Donate through PayPal:
https://www.paypal.com/cgi-bin/webscr?
cmd=_s-
xclick&hosted_button_id=XQ56MTBDLBKGQ

Checks made out to AOAR Pet Sanctuary or
Animal Orphans Animal Rescue can be mailed
to 320 2nd Street Donora Pa 15033





**3:31**

< Q Animal Orphans Animal Re...

Home    About    Events    Photos    Videos

 **Animal Orphans Animal Rescue &**  ...
**Pet Sanctuary** is feeling blessed.
October 8 at 4:35 PM ·

So last week we received a money order from an Anonymous donor for $5,000, a week's order of cat food waiting for us at tractor supply along with $100 in gift cards for the Dollartree to buy cleaning supplies!

I can't say Thank you enough! This person is truly selfless. We were able to stop all our shut off notices, pay our fall taxes, order cages, order medical supplies and a woods Lamp, get a used refrigerator for the volunteer room, get the parts to get the "cat mobile" back on the road and so much more! Your kindness is beyond words. Sending LOVE to wherever you may be!

So now we need everyone else to get involved with a $5 monthly donation so that we don't fall behind again. If everyone does a little, no one needs to do a lot!

Bless all our supporters, big and small! We could never do this without each and



ⓘ Learn More

3:32 ✈

<  **Animal Orphans Animal**
**Rescue & Pet Sanctuary**    · · ·
Saturday at 10:05 PM · 🌐

6 shares

**Most Relevant** ˅

**Susan Hudachek**
Happy Birthday! Food and some
beds are on their way to you!

1d   Like   Reply

 **Jessica Cocciolone**
I get paid on Wednesday.. what
would you like the most?

1d   Like   Reply                    1

 **Animal Orphans Animal Rescue &**
**Pet Sanctuary**
Either a large or intermediate
crate. Some of our cages are
in terrible shape and just need
replaced. Either will do. 😁
Thank you!

I just updated the links to the
least expensive ones.

Write a comment...

               





Home    About    Events    Photos    Videos

 **Animal Orphans Animal Rescue &** •••
**Pet Sanctuary**
Saturday at 10:05 PM · 🌐

I know you shouldn't expect to get anything for your birthday but I was truly hoping we would get 2 or 3 items on my wishlist donated to the rescue. To date we have not received anything on our list and only received 27 shares.

Please don't forget that we are still here and desperately need your help to continue daily operations! Your shares could mean the difference between us staying open or closing our doors. And it doesn't... See More

 **Animal Orphans Animal Rescue**
**& Pet Sanctuary**
October 11 at 8:54 PM · 🌐

So tomorrow is my Birthday and below is my birthday wishlist from Chewy.com. Remember, over $50 i... Continue Reading



🛈 Learn More

0 Comments    eintaxid                                              Leana Stormont

Recommend    Tweet   f Share                                        Sort by Best

EINTAXID

**EIN 45-5508979 - Org De Iglesia Cristiana Josue 1 9, Cleveland, Ohio**

— Yes

**EIN 20-3773150 - Rrb Investments Corp., Monarch Beach, California**

— my name is Lon Tina and we just received paperwork that you bought our mortgage. we have owned our home

**EIN 95-2580864 - Howroyd Wright Employment Agency, Inc., Glendale,**

— what is Appleones Georgia E IN?

**EIN 81-1256511 - Risaveena Inc, Mission Viejo, California**

— I ordered 15 shirts from your company and they were suppose to be vin,rd/white

Employer Identification Number (EIN): The Employer Identification Number (EIN), also known as the Federal Employer Identification Number (FEIN) or the Federal Tax Identification Number (FTIN), is a unique nine-digit number assigned by the Internal Revenue Service (IRS) (format: XX-XXXXXXXXX) to business entities operating in the United States for the purposes of identification and employment tax reporting. Other commonly used terms for EIN are Taxpayer Id, IRS Number, Tax Id, Taxpayer Identification Number (TIN) etc.

A business needs an EIN in order to pay employees and to file business tax returns. To be considered a Partnership, LLC, Corporation, S Corporation, Non-profit, etc.

EIN 27-4661120 - Animal Orphans Animal Rescue & Pet Sanctuary Inc, Donora, Pennsylvania    https://eintaxid.com/company/274661120-animal-orphans-animal-rescue-pet-sanctuary-inc/

Accounting Details for Animal Orphans Animal Rescue & Pet Sanctuary Inc

| | |
|---|---|
| Asset | 0 |
| Income | 0 |
| Filing Requirement | 990 - Required to file Form 990-N - Income less than $25,000 per year |
| PF Filing Requirement | No 990-PF return |
| Accounting Period | December |
| Income Amount | (USD) 0 |
| Revenue Amount | (USD) 0 |
| NTEE Classification | Animal Protection & Welfare |

is a unique nine-digit number assigned by the Internal Revenue Service (IRS) (format: XX-XXXXXXXXX) to business entities operating in the United States for the purposes of identification and employment tax reporting.

What are tax-exempt Organizations?

A company or non-profit which are not liable to pay taxes to IRS are known as tax-exempt organizations. Various organizations such as non-profits, charitable, churches & religious groups, political parties etc. may be tax-exempted by IRS.

EIN 27-4661120 - Animal Orphans Animal Rescue & Pet Sanctuary Inc, Donora, Pennsylvania    https://eintaxid.com/company/274661120-animal-orphans-animal-rescue-pet-sanctuary-inc/

| | |
|---|---|
| EIN (Taxpayer Id) | 27-4661120 |
| Secondary Name Line | Animal Orphans Animal Rescue & Pet |

Contact Address:

| | |
|---|---|
| Care of Name | % Christie Harr |
| Address Line | 320 2nd Street Bldg B |
| City | Donora |
| State | Pennsylvania |
| Zip | 15033-1551 |

Tax Exemption Details for Animal Orphans Animal Rescue & Pet Sanctuary Inc

| | |
|---|---|
| Category under which organization may be exempt | Organization to Prevent Cruelty to Animals |
| Ruling Date | September, 2014 |
| Deductibility | Contributions are deductible |
| Foundation Type | Organization which receives a substantial part of its support from a governmental unit or the general public 170(b)(1)(A)(vi) |
| Organization | Corporation |
| Exempt Organization Status | Unconditional Exemption |

St Nicholas Orthodox Church (/company/237230781-st-nicholas-orthodox-church/)
EIN Number: 23-7230781
Address: 1 Saint Nicholas Dr, Donora, Pennsylvania, 15033-2123

Donora Historical Society Inc (/company/237278382-donora-historical-society-inc/)
EIN Number: 23-7278382
Address: Po Box 522, Donora, Pennsylvania, 15033-0522

Polish Roman Catholic Union Of America (/company/237579771-polish-roman-catholic-union-of-america/)
EIN Number: 23-7579771
Address: 557 Meldon Ave, Donora, Pennsylvania, 15033-1332

What is a EIN Number?

The Employer Identification Number (EIN), also known as the Federal Employer Identification Number (FEIN) or the Taxpayer Identification Number (TIN),

10/27/2019, 1:27 AM

EIN 27-4661120 - Animal Orphans Animal Rescue & Pet Sanctuary Inc, Donora, Pennsylvania      https://eintaxid.com/company/274661120-animal-orphans-animal-rescue-pet-sanctuary-inc/

# Animal Orphans Animal Rescue & Pet Sanctuary Inc in Donora, Pennsylvania

Home (//eintaxid.com/)      Companies with 'A' (//eintaxid.com/companies/a/)      Animal Orphans Animal Rescue & Pet Sanctuary Inc

| Organization Profile | Search EIN |
|---|---|

Animal Orphans Animal Rescue & Pet Sanctuary Inc (Animal Orphans Animal Rescue & Pet) is a tax-exempt organization located in Donora, Pennsylvania. The Employer Identification Number (EIN) for Animal Orphans Animal Rescue & Pet Sanctuary Inc is 274661120. EIN is also referred to as FEIN (Federal Employer Identification Number) or FTIN (Federal Tax Identification Number).

The organization type for Animal Orphans Animal Rescue & Pet Sanctuary Inc is Corporation and its contribution deductibility status is Contributions are deductible. Animal Orphans Animal Rescue & Pet Sanctuary Inc is exempted by IRS under the category of Organization to Prevent Cruelty to Animals. The organization is an independent organization or an independent auxiliary. The latest return for the tax period was filed in December, 2017.

## Basic Profile

| Organization Name | Animal Orphans Animal Rescue & Pet Sanctuary Inc |
|---|---|

**Search**

### Similar Tax-Exempt Organizations

Christian Life Ministries (/company /232879967-christian-life-ministries/)
EIN Number: 23-2879967
Address: Po Box 136, Donora, Pennsylvania, 15033-0136

Pennsylvania Rehabilitation Association (/company /236441418-pennsylvania-rehabilitation-association/)
EIN Number: 23-6441418
Address: 406 Prospect Ave, Donora, Pennsylvania, 15033-1831















