# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HARR, | CIVIL ACTION |
| Plaintiff, | No. 2:21-CV-01560-WSH |
| v. | THE HONORABLE W. SCOTT HARDY |
| WASHINGTON AREA HUMANE SOCIETY, HUMANE SOCIETY OF THE UNITED STATES, HUMANE ANIMAL RESCUE, ESTATE OF GLEN L. THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | *Electronically Filed* |
| | **JURY TRIAL DEMANDED** |
| Defendants. | |

## SUGGESTION OF DEATH OF DEFENDANT MARVIN DAVIS

Kindly take notice that Defendant, Marvin Davis, died on February 27, 2025.

Respectfully submitted,

**MARSHALL DENNEHEY**

BY: _/s/ Danielle M. Vugrinovich_
DANIELLE M. VUGRINOVICH, ESQUIRE
PA ID #88326
*Attorney for Defendant, Marvin Davis, only*

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE HARR, | CIVIL ACTION |
| Plaintiff, | No. 2:21-CV-01560-WSH |
| v. | |
| WASHINGTON AREA HUMANE SOCIETY, HUMANE SOCIETY OF THE UNITED STATES, HUMANE ANIMAL RESCUE, ESTATE OF GLEN L. THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | THE HONORABLE W. SCOTT HARDY  *Electronically Filed*  **JURY TRIAL DEMANDED** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing Suggestion of Death has been served upon the following via U.S. Mail on August 11, 2025:

Mary Davis
2901 Duncan Street
Parkville, MD 21234

**MARSHALL DENNEHEY**

BY: *(signature)*
DANIELLE M. VUGRINOVICH, ESQUIRE
PA ID #88326
*Attorney for Defendant, Marvin Davis, only*