# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIE HARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-1560 |
| | ) | |
| WASHINGTON AREA HUMANE  SOCIETY; | ) | |
| MARANDA COOMBS (JOHN DOE 1); BARB | ) | |
| LYLE (JOHN DOE (2); CHELSEI FLEEGAL | ) | |
| NEHILLA (JOHN DOE 3); TERESA | ) | |
| SALAMONE, EXECUTRIX OF THE ESTATE | ) | |
| OF GLEN L. THOMSON; KELLY PROUDFIT; | ) | |
| JOHN DOES 4-10, agents and employees of the | ) | |
| Washington Area Humane Society; | ) | |
| HUMANE WORLD FOR ANIMALS, INC., | ) | |
| f/k/a Humane Society of the | ) | |
| United States; SHALIMAR OLIVER; | ) | |
| LEANA STORMONT; LAURA KOIVULA; | ) | |
| JOHN DOES 11-20, agents and employees of the | ) | |
| Humane Society of the United States; HUMANE | ) | |
| ANIMAL RESCUE; JOHN DOES 21-30, agents | ) | |
| and employees of the Humane Animal Rescue; | ) | |
| KEN JERICHO; STEVEN TOPRANI; | ) | |
| BOROUGH OF DONORA; MARVIN | ) | |
| DAVIS; SAMUEL JENESKY; SARAH N. | ) | |
| TEAGARDEN; JOHN DOES 32-50, | ) | |
| unknown law enforcement Officers; | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER OF COURT</u>

AND NOW, this 30th day of September, 2025, upon consideration of the Motions to Dismiss Plaintiff Christie Harr's ("Harr") Second Amended Complaint ("SAC"), filed by the Washington Area Humane Society Defendants (Docket No. 177), the Humane World For Animals, Inc. Defendants (Docket No. 172), and Humane Animal Rescue (Docket No. 185),

(collectively, the "Humane Defendants"), and for the reasons set forth in the accompanying Memorandum Opinion filed herewith,

IT IS HEREBY ORDERED that the Humane Defendants' motions are **granted**.

IT IS FURTHER ORDERED that:

1. Harr's Section 1983 claims alleging constitutional violations against the Humane Defendants at Counts I, IV, VI, VII, and XII of the SAC are **dismissed without prejudice** pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

2. Harr's request for declaratory and injunctive relief at Count VIII of the SAC is **dismissed without prejudice** pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject-matter jurisdiction.

3. The Court will decline to exercise supplemental jurisdiction over Harr's state law claims at Counts II, III, V, VII (to the extent it alleges conversion), XI, and XV of the SAC.

4. A schedule setting forth deadlines for the filing of a Third Amended Complaint and response(s) thereto, should Harr choose to amend her claims further, will be issued by separate Order of Court.

_s/ W. Scott Hardy_
W. Scott Hardy
United States District Judge

cc/ecf: Christie Harr (via U.S. Mail)
      All counsel of record