## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HARR, | Case No. 2:21-cv-1560 |
| Plaintiff, | |
| v. | *Honorable W. Scott Hardy* |
| WASHINGTON AREA HUMANE SOCIETY, MARANDA COOMBS (JOHN DOE 1), BARB LYLE (JOHN DOE 2), CHELSEI FLEEGAL NEHILLA (JOHN DOE 3), TERESA SALAMONE EXECUTRIX OF THE ESTATE OF GLEN L. THOMSON, KELLY PROUDFIT, JOHN DOES 4-10 agents and employees of the Washington Area Humane Society, HUMANE SOCIETY OF THE UNITED STATES, SHALIMAR OLIVER, LEANA STORMONT, LAURA KOIVULA, JOHN DOES 11-20 agents and employees of the Humane Society of the United States, HUMANE ANIMAL RESCUE, JOHN DOES 21-30 agents and employees of the Humane Animal Rescue, KEN JERICHO, STEVEN TOPRANI, BOROUGH OF DONORA, MARVIN DAVIS, SAMUEL JENESKY, SARAH N. TEAGARDEN, JOHN DOES 32-50 unknown law enforcement officers, | |
| Defendants. | |

## **PROOF OF SERVICE OF SUGGESTION OF DEATH**

On October 2, 2025, the Suggestion of Death, attached as "Exhibit A", was personally served upon Mr. Jericho's next of kin, Joan Jericho, as evidenced by the Proof of Service completed by Pennsylvania State Constable Mark A. Pasquale and attached as "Exhibit B".

Respectfully submitted,

MARGOLIS EDELSTEIN

*/s/ Charles H. Saul*
CHARLES H. SAUL, ESQUIRE
PA I.D. No. 19938
csaul@margolisedelstein.com
Henry W. Oliver Building, Suite 1100
535 Smithfield Street
Pittsburgh, PA 15222
Phone: (412) 355-4961
Fax:   (412) 642-2380