**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHRISTINE HARR,<br>　　　　　　Plaintiff,<br>　　v.<br>WASHINGTON AREA HUMANE SOCIETY,<br>MARANDA COOMBS (JOHN DOE 1), BARB<br>LYLE (JOHN DOE 2), CHELSEI FLEEGAL<br>NEHILLA (JOHN DOE 3), TERESA<br>SALAMONE EXECUTRIX OF THE ESTATE<br>OF GLEN L. THOMSON, KELLY PROUDFIT,<br>JOHN DOES 4-10 agents and employees of the<br>Washington Area Humane Society, HUMANE<br>SOCIETY OF THE UNITED STATES,<br>SHALIMAR OLIVER, LEANA STORMONT,<br>LAURA KOIVULA, JOHN DOES 11-20 agents<br>and employees of the Humane Society of the<br>United States, HUMANE ANIMAL RESCUE,<br>JOHN DOES 21-30 agents and employees of the<br>Humane Animal Rescue, KEN JERICHO,<br>STEVEN TOPRANI, BOROUGH OF DONORA,<br>MARVIN DAVIS, SAMUEL JENESKY,<br>SARAH N. TEAGARDEN, JOHN DOES 32-50<br>unknown law enforcement officers,<br>　　　　　　Defendants. | Case No. 2:21-cv-1560<br><br>*Honorable W. Scott Hardy* |

**SUGGESTION OF DEATH UPON THE RECORD**

**TO:  THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby provides notice and suggests upon the record the death of the Defendant, Kenneth Jericho, who passed away on November 6, 2024.

The undersigned counsel for Steven Toprani, Kenneth Jericho and the Borough of Donora, respectfully requests that this Court and all parties take notice of this event and that any further necessary actions related to the substitution of parties be taken in accordance with Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

MARGOLIS EDELSTEIN

　　　*/s/ Charles H. Saul*
CHARLES H. SAUL, ESQUIRE
PA I.D. No. 19938
csaul@margolisedelstein.com
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
Phone:  (412) 355-4961
Fax:     (412) 642-2380

