IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRISTINE HARR,
    Plaintiff,

v.

WASHINGTON AREA HUMANE SOCIETY, MARANDA COOMBS (JOHN DOE 1), BARB LYLE (JOHN DOE 2), CHELSEI FLEEGAL NEHILLA (JOHN DOE 3), TERESA SALAMONE EXECUTRIX OF THE ESTATE OF GLEN L. THOMSON, KELLY PROUDFIT, JOHN DOES 4-10 agents and employees of the Washington Area Humane Society, HUMANE SOCIETY OF THE UNITED STATES, SHALIMAR OLIVER, LEANA STORMONT, LAURA KOIVULA, JOHN DOES 11-20 agents and employees of the Humane Society of the United States, HUMANE ANIMAL RESCUE, JOHN DOES 21-30 agents and employees of the Humane Animal Rescue, KEN JERICHO, STEVEN TOPRANI, BOROUGH OF DONORA, MARVIN DAVIS, SAMUEL JENESKY, SARAH N. TEAGARDEN, JOHN DOES 32-50 unknown law enforcement officers,
    Defendants.

Case No. 2:21-cv-1560

*Honorable W. Scott Hardy*

## PROOF OF SERVICE

I do hereby certify that a copy of the foregoing Suggestion of Death Upon the Record was received by me on **SEPT 29, 2025**

I served the Suggestion of Death Upon the Record by delivering a copy to the named person, Joan Jericho as follows: **PERSONALLY SERVED UPON HER AT RESIDENCE** on (date) **10/2/2025 @ 12:20 PM**

I declare under penalty of perjury that this information is true.

Date: **10/2/2025**

*[signature]* Pasquale
Server's signature

**MARK A. PASQUALE PA STATE Constable**
Printed name and title

**614 CEMETERY RD.**
**PERRYOPOLIS, PA 15473**
Server's address

**724-323-5179**

**Exhibit B**