IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE HARR, | CIVIL ACTION |
| Plaintiff, | No. 2:21-CV-01560-WSH |
| v. | |
| WASHINGTON AREA HUMANE SOCIETY, HUMANE SOCIETY OF THE UNITED STATES, HUMANE ANIMAL RESCUE, ESTATE OF GLEN L. THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | THE HONORABLE W. SCOTT HARDY

*Electronically Filed*


**JURY TRIAL DEMANDED** |
| Defendants. | |

### AMENDED NOTICE OF SERVICE OF SUGGESTION OF DEATH OF MARVIN DAVIS

On October 18, 2025, the Suggestion of Death along with a copy of the Second Amended Complaint (attached as Exhibit "A") was personally served upon Mary Davis, Marvin Davis' widow. The proof of service is attached as Exhibit "B."

**MARSHALL DENNEHEY**

BY: *[signature]*
DANIELLE M. VUGRINOVICH, ESQUIRE
PA ID #88326
*Attorney for Defendant, Marvin Davis, only*