**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIE HARR, | ) | CIVIL ACTION |
| | ) | |
| Plaintiffs, | ) | No. 2:21-CV-01560-WSH |
| | ) | |
| v. | ) | LETTER FROM ATTORNEY DANIELLE M. VUGRINOVICH, SUGGESTION OF DEATH OF DEFENDANT MARVIN DAVIS, AND SECOND AMENDED COMPLAINT |
| WASHINGTON AREA HUMANE SOCIETY, HUMANE SOCIETY OF THE UNITED STATES, HUMANE ANIMAL RESCUE, ESTATE OF GLEN L. THOMSON, LAURA KOIVULA, SHALIMAR OLIVER, SAMUEL JENESKY, LEANA STORMONT, KELLY PROUDFIT, KEN JERICHO, STEVEN TOPRANI, MARVIN DAVIS, JOHN W. PECK, JAMES R. HOPSON, JOHN DOES 1 THROUGH 50, | ) | |
| Defendants. | | |

## AFFIDAVIT OF SERVICE

I, Chris Crawford, a Maryland Process Server of sound mind, and over the age of 18, do certify and state that on October 18, 2025, at 2:19pm, Mary Davis accepted service personally. Service was conducted at her residence of 2901 Duncan St, Parkville, MD 21234. A letter from Attorney Danielle M. Vugrinovich, Suggestion of Death of Defendant Marvin Davis, and Second Amended Complaint were served regarding the above-mentioned case caption.

I state the above affidavit is true and correct under the State and Federal Laws of Perjury.

10/21/2025
DATE

CHRIS CRAWFORD

Sworn to and subscribed before me this 21st day of October, 2025

Notary Public

[Seal: ALEXANDER A. MAYHEW, NOTARY PUBLIC, BALTIMORE COUNTY, MD, MY COMMISSION EXPIRES NOVEMBER 12, 2027]