## AFFIDAVIT OF NON-SERVICE

| Case:<br>2:21cv01560 | Court:<br>United States District Court for the Western District of Pennsylvania | County: | Job:<br>14357068 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Christie Harr | | Defendant / Respondent:<br>Washington Area Humane Society | |
| Received by:<br>LawServePro | | For:<br>ABC Agents | |
| To be served upon:<br>Maranda Coombs | | | |

I, Eric Hopkins, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Maranda Coombs, 997 ROUTE 481, MONONGAHELA, PA 15063
**Manner of Service:**  Unsuccessful Attempt
**Documents:**  SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT

**Additional Comments:**
1) Unsuccessful Attempt: Oct 13, 2025, 7:51 pm EDT at 997 ROUTE 481, MONONGAHELA, PA 15063
Attempted service, no answer at the door despite knocking for several minutes.

2) Unsuccessful Attempt: Oct 14, 2025, 11:54 am EDT at 997 ROUTE 481, MONONGAHELA, PA 15063
Attempted service, no answer at the door despite knocking for several minutes.

3) Unsuccessful Attempt: Oct 15, 2025, 7:51 am EDT at 997 ROUTE 481, MONONGAHELA, PA 15063
Attempted service, no answer at the door despite knocking for several minutes.

_[signature]_                    October 16, 2025
Eric Hopkins                     Date

LawServePro
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122