IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIE HARR, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON AREA HUMANE SOCIETY; MIRANDA COOMBS; BARB LYLE (JOHN DOE 2); CHELSEI FLEEGAL NEHILLA (JOHN DOE 3); TERESA SALAMONE, EXECUTRIX OF THE ESTATE OF GLEN L. THOMSON; KELLY PROUDFIT; JOHN DOES 4-10 agents and employees of the Washington Area Human Society; HUMANE SOCIETY OF THE UNITED STATES; SHALIMAR OLIVER; LEANA STORMONT; LAURA KOIVULA; JOHN DOES 11-20 agents and employees of the Huan Society of the United States; HUMANE ANIMAL RESCUE; JOHN DOES 21-30 agents and employees of the Huane Animal Rescue; KEN JERICHO; STEPHEN TOPRANI; BOROUGH OF DONORA; MARVIN DAVIS; SAMUEL JENESKY; SARAH N. TEAGARDEN; JOHN DOES 32-50 unknown law enforcement Officers, <br><br> Defendants. | Civil Action No. 2:21-cv-001560-WSH <br><br> The Honorable W. Scott Hardy <br><br> *Electronically Filed* |

### **ENTRY OF APPEARANCE**

TO:   CLERK OF COURT

Kindly enter the appearance of John R. Ejzak, Esquire and the law firm of Dickie, McCamey & Chilcote on behalf of the defendant, MARANDA COOMBS, in the above-referenced matter.

### **JURY TRIAL DEMANDED**

                                                                  Respectfully submitted,

                                                                  DICKIE, McCAMEY & CHILCOTE, P.C.

Date: December 5, 2025                       By:   /s/ John R. Ejzak

                        John R. Ejzak, Esquire
                        PA I.D. #336107
                        Four Gateway Center
                        444 Liberty Ave., Suite 1000
                        Pittsburgh, PA  15222
                        412-281-7272
                        jejzak@dmclaw.com

*Attorneys for Defendants, Washington Area Humane Society, Teresa Salamone, Executrix of the Estate of Glen L. Thomson, Kelly Proudfit, Barb Lyle, Chelsea Fleegal, and Maranda Coombs*

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance has been served this 5th day of December, 2025, via U.S. First-Class Mail, upon plaintiff Christie Harr, 676 Reed Avenue, Monessen, PA 15062, and copies have been served on all counsel of record via the court's CM/ECF system.

                                                    DICKIE, McCAMEY & CHILCOTE, P.C.

                                                    By /s/ John R. Ejzak
                                                         John R. Ejzak, Esquire

*Attorneys for Defendants, Washington Area Humane Society, Teresa Salamone, Executrix of the Estate of Glen L. Thomson, Kelly Proudfit, Barb Lyle, Chelsea Fleegal, and Maranda Coombs*

34760051.1